1  BRIAN S. KABATECK, SBN 152054
    (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
    (rlk@kbklawyers.com)
3  ALFREDO TORRIJOS, SBN 222458
    (at@kbklawyers.com)
4  MICHAEL V. STORTI, SBN 260215
    (ms@kbklawyers.com)
5  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
6  Los Angeles, CA 90017
   Telephone: (213) 217-5000
7  Facsimile: (213) 217-5010

8  Attorneys for Plaintiffs
   and the proposed class

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

13 | DAWN FAIRCHILD and ROBERT NACHSHIN, on behalf of themselves and all others similarly situated, | Case No.: CV09-03568 CAS (PLAx) |
   | --- | --- |
   | | Honorable Christina A. Snyder |
   | Plaintiffs, | **CLASS ACTION** |
   | vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT AGREEMENT** |
   | AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive, | |
   | | Date:  June 29, 2009 |
   | Defendant. | Time:  10:00 a.m. |
   | | Dept.: 5 |
   | | Complaint filed: May 19, 2009 |

Case No.: CV09-03568 CAS (PLAx)

1  **PLEASE TAKE NOTICE** that on June 29, 2009, at 10:00 a.m., or as soon
2  thereafter as this matter may be heard, in the Courtroom of the Honorable Christina A.
3  Snyder, United States District Court, Central District of California, Western Division,
4  located at 312 N. String Street, Los Angeles, CA 90012, plaintiffs Dawn Fairchild and
5  Robert Nachshin ("Plaintiffs") shall move this Court, pursuant to Rule 23 of the
6  Federal Rules of Civil Procedure, for an order:
7      (1) certifying, for the purposes of settlement, a plaintiff class defined as
8  follows: All persons and entities in the United States who are currently an AOL
9  customer and have paid for that account at any time from February 1, 2006 to the
10 present
11     (2) certifying Plaintiffs as the representative of the Settlement Class;
12     (3) appointing the law firm Kabateck Brown Kellner LLP as class counsel
13 pursuant to Rule 23(g) of the Federal Rules of Civil Procedure;
14     (4) approving the proposed Official Notice of Pendency of Class Action and
15 Proposed Settlement;
16     (5) preliminarily approving the proposed class settlement; and
17     (6) setting a date for the Final Fairness Hearing.
18     This motion for class certification is made pursuant to Rule 23 of the Federal
19 Rules of Civil Procedure
20     This motion is based upon this notice of motion and motion; Plaintiffs'
21 memorandum of points and authorities; the accompanying declarations; the records
22 and files in this action; and such argument as may be presented at the hearing on this
23 motion.
24 / / /
25 / / /
26 / / /
27
28

Case No.: CV09-03568 CAS (PLAx)

1

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 18, 2009.

DATED: June 8, 2009    KABATECK BROWN KELLNER LLP

_____/s/_____
Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
Michael V. Storti
*Counsel for Plaintiffs and the Class*

Case No.: CV09-03568 CAS (PLAx)