Glenn C. Nunes (State Bar No. 210453)
THE NUNES LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: 415.946.8894
Facsimile:  415.946.8801

Attorneys for Plaintiffs Frank Cecchini,
Brian Geers and Laurence Gerard

Richard L. Kellner (State Bar No. 171416)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213.217.5000
Facsimile:  213.217.5010

Attorneys for Plaintiffs Dawn Fairchild
and Robert Nachshin

Mark D. Litvack (State Bar No. 183652)
Michael A. Garabed (State Bar No. 223511)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone: 213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendant AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN FAIRCHILD and ROBERT NACHSHIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 09-03568 CAS PLAx<br><br>**ORDER VACATING PENDING HEARING DATES AND CONSOLIDATING ACTIONS DUE TO TENTATIVE NATIONWIDE CLASS SETTLEMENT**<br><br>Honorable Christina A. Snyder |

Having reviewed the stipulations filed by Plaintiffs Frank Cecchini, Brian Geers and Laurence Gerard (the "Cecchini Plaintiffs"), Plaintiffs Dawn Fairchild and Robert Nachshin (the "Fairchild Plaintiffs"), and Defendant AOL LLC ("AOL") on or about July 9, 2009, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

- The motion for class certification filed by the Cecchini Plaintiffs and Status Conference re: Settlement in Case No. CV 08-06845 CAS PLAx (the "Cecchini Action") shall be taken off calendar and the July 27, 2009 hearing date shall be vacated;

- The motion for preliminary approval of class settlement filed by the Fairchild Plaintiffs in Case No. 09-03568 CAS PLAx (the "Fairchild Action") shall be taken off calendar and the July 13, 2009 hearing date shall be vacated;

- Any and all hearing dates and deadlines in the Cecchini Action and the Fairchild Action are hereby vacated;

- The Cecchini Action and the Fairchild Action shall be consolidated for all purposes;

- The Cecchini Plaintiffs shall file a Fourth Amended Compliant on or before July 24, 2009; and

- The parties shall appear at a status conference at 11:00 a.m. on August 24, 2009 in the above-entitled court in the consolidated action.

DATED: July 10, 2009

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Court Judge