Brian S. Kabateck (State Bar No. 152054)
Richard L. Kellner (State Bar No. 171416)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213.217.5000

Glenn C. Nunes (State Bar No. 210453)
THE NUNES LAW GROUP
15760 Ventura Blvd; Suite 860
Encino, CA 91436
Telephone 818.386.0444

Christopher J. Hamner (State Bar No. 197117)
HAMNER LAW OFFICES, LLC
15760 Ventura Blvd., Suite 860
Encino, CA 91436
Telephone: 818.386.0444

Attorneys for Plaintiffs and the Proposed Class

Mark D. Litvack (State Bar No. 183652)
Michael A. Garabed (State Bar No. 223511)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000

Attorneys for Defendant AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 09-03568 CAS PLAx<br><br>**ORDER SETTING AUGUST 24, 2009 HEARING ON MOTION FOR PRELIMINARY APPROVAL OF NATIONWIDE CLASS ACTION SETTLEMENT**<br><br>Honorable Christina A. Snyder |

Having reviewed the stipulation filed by Plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard ("Plaintiffs") and Defendant AOL LLC ("AOL") on or about August 12, 2009, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

- The status conference scheduled for August 24, 2009 at 10:00 a.m. in the above-entitled court be altered to a hearing on the proposed settlement;

- The Plaintiffs shall file a motion for preliminary approval of nationwide class action settlement on or before August 19, 2009 and AOL should file its brief in support thereof by August 20, 2009; and

- The hearing on the motion for preliminary approval of nationwide class action settlement shall be set for hearing on August 24, 2009 at 10:00 a.m. in the above-entitled court.

DATED:     August 13, 2009

_____
Honorable Christina A. Snyder
United States District Court Judge