Name: Janel Buycks
Address: P.O. Box 7471
Long Beach, CA 90807
Phone: (323) 470-4004
Fax: (413) 638-7880

In Pro Per

FILED 2009 DEC -7 PM 12:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FAIRCHILD
Plaintiff

v.

AOL, LLC
Defendant(s).

CASE NUMBER: CV 09-03568 CAS (PLAx)

OPPOSITION TO THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

December 7, 2009

United States District Court
Central District of California
Western Division
312 North Spring Street
Los Angeles, CA 90012

**RE: Opposition to the Fairness or Adequacy of the Settlement,
Fairchild v. AOL, Case No. CV 09-03568 CAS (PLAx)**

Attention: Clerk of the Court

I am writing in opposition to the Proposed Settlement for this case that I believe to be not fair, reasonable, or adequate. An "Official Notice of Pendency of Class Action and Proposed Settlement" was sent via e-mail on September 21, 2009 at 1:18 p.m. on behalf of AOL and Settlement Class Counsel providing the receipt of a number of inquires received from members about the "Official AOL Mail" with regards to this case providing detailed instructions on assistance in responding to such questions and any other questions that a member may have directing them to send written correspondence to an "e-mail address for Settlement Class Counsel (footerlitigation@corp.aol.com) to field and respond to any questions you may have." (see attachments)

On October 26, 2009 at 5:04 p.m. an e-mail was sent to the e-mail address for Settlement Class Counsel requesting information that could not be answered by the list of frequently asked questions that are accessible online. As of today, no response has been received by Settlement Class Counsel, hence, forever barring me from bringing an individual claim against defendants. As a member, the right and choice to exclude myself from this action in order to file an individual claim had to be postmarked by November 20, 2009. Normally, it is deemed in class action lawsuits that class members often receive little or no benefit from class actions and in this matter, this is the case. As Plaintiffs counsel expect and will receive compensation for attorneys' fees and litigation costs for a proper amount set forth in the settlement preliminarily, such acts have prejudiced consumer(s) from fully asserting their rights.

As a consumer, I was prejudicially harmed by Settlement Class Counsel's failure to respond to the inquiry e-mailed on October 26, 2009 to the e-mail address set up deferring members and/or other consumers from receiving a timely and adequate response to questions they have received prior to the "exclusion" date of November 20, 2009. AOL asserts that "the primary purpose of e-mails sent through the AOL service is controlled by consumers, not AOL, and therefore, the inclusion of promotional or advertising material in an e-mail footer does not render the primary purpose of such e-mail "commercial"; AOL enables paid and free members to opt out of the inclusion of promotional or advertising material in e-mail footers through various means...." As an AOL member, I did not receive proper notice on how to avoid e-mail footer, but yet have been forever barred and excluded from filing an individual claim against AOL.
It has been determined that the proposed settlement would be fair, reasonable, adequate, and in the best interests of the Settlement Class, however, for each Class Counsel to receive $160,000 each in attorney fees and litigation costs, it is a ploy to just fatten their

pockets during these hard times instead of assisting other members, like myself, who have experienced the same thing as the Plaintiffs in this case.

The Class Action Fairness Act of 2005 addresses such concerns as the ones raised in this letter. As a member of AOL, AOL has received free marketing and promotion by wrongfully inserting e-mail footers into the e-mails I've sent without my consent and now desires to forestall major liability from their heinous acts by precluding a large number of people from litigating their claims separately, to recover reasonable compensation for the damages. Based upon the actions of Class Counsel, I have been prejudicially harmed by the Settlement Counsel and request both, myself and representing counsel, to be heard at the Settlement Fairness Hearing scheduled to take place on December 28, 2009 at 10 a.m.

Furthermore, I oppose the terms of the settlement to provide donations to several charities that have already been identified and preliminarily approved by the court, which includes the Boys and Girls Club of America. The request to have funds of $110,000 to be donated by the proposed settlement should include Imitators of God Foundation, Inc. - a newly developed organization that will begin providing workshops throughout the State of California by use of public libraries in February, 2010 whose mission is to educate consumers in understanding their rights and the application of law with regards to class action lawsuits. Currently, they use various programs and projects to minister to throughout the community in a very unique way as well as assist in establishing churches, ministries, and Christian businesses.

The Class Action Settlement Agreement clearly provides that both parties stipulated to certification of settlement and settlement class and that "it shall be the responsibility of Settlement Class Counsel to respond to all reasonable inquiries from members of the Settlement Class." Although the Court has not decided who is right or wrong in this lawsuit, the concerns raised is that Settlement Class Counsel has already failed in not responding to consumers inquiries prior to finalization of this settlement during the pendency stages of this class action, thus, forever barring consumers from asserting their rights and misrepresenting the intent of being accessible.

Should any questions or concerns arise from this letter, please send written correspondence to the following address:

P.O. Box 7471
Long Beach, CA 90807

Thank you for your consideration.

Sincerely,

Janel Buycks
(323) 470-4004

**From:** hyeshia@aol.com
**To:** footerlitigation@corp.aol.com
**Subject:** How to recommend a charity for monies to be donated of the $110,000 in this class-action suit...............
**Date:** Mon, Oct 26, 2009 5:04 pm

To Whom It May Concern:

I would like to find out how monies are determined to be donated to a charity from this class-action suit as I would like to recommend a newly launched non-profit organization whose sole purpose is to assist the local community within Los Angeles County, Imitators of God Foundation, Inc.

They can be contacted at (323) 283-1400 or by e-mail at imitatorsofgod@gmail.com or by mail at P.O. Box 7471, Long Beach, CA 90807

Thank you!!!



### Search Help Topics

Search for: [_____] Search

## AOL Email Footer Proposed Class Action Settlement

In early September, you received an Official AOL® Mail regarding the proposed settlement agreement of the *Fairchild et al. v AOL* litigation. We received a number of questions from members like you, and we have listed some of them and our answers below. This page will be regularly updated with additional questions and answers.

### FAQs

Does the proposed settlement agreement apply only to paid AOL members?
Does the proposed settlement agreement affect my AOL membership?
The proposed settlement agreement is about the "e-mail footer." What is that?
How do I make sure footers are turned off for my e-mails?
How can I contact Settlement Class Counsel for more information?
Where can I find the Official Notice of the proposed settlement?
Is the e-mail notice legitimate?
How can I get more information about e-mail, the notice, or the lawsuit?
How does this impact me?
Do I get any money as part of this settlement?
Where can I see the e-mail footer?

### Does the proposed settlement agreement apply only to paid AOL members?

The agreement applies to both the free and paid AOL members.

### Does the proposed settlement agreement affect my AOL membership?

No. Your ability to continue to use your AOL® account is not impacted by this proposed settlement.

### The proposed settlement agreement is about the "e-mail footer." What is that?

The footer was a sentence of text that automatically appeared at the bottom of your outgoing AOL e-mail messages with information about different products and content from AOL and our advertisers.

### How do I make sure footers are turned off for my e-mails?

You can ensure that the footers will no longer appear on your outgoing e-mail messages by making the appropriate selection at AOL® Keyword: Footer or by going to http://footer.aol.com.

### How can I contact Settlement Class Counsel for more information?

You can e-mail attorneys for the settlement class at footerlitigation@corp.aol.com.

Back to FAQs

settlement?

You can read a copy of it on the Web at http://legal.web.aol.com/Footersettlement.pdf and http://www.aol-mailfootersettlement.com. These sites also contain additional background information about the case and could answer other questions that you may have.

### Is the e-mail notice legitimate?

Yes, AOL is issuing this e-mail notice pursuant to a court order. You can identify it as legitimate e-mail from AOL by its Official AOL Mail icon at the top and the special, tamper-proof seal in your e-mail Inbox.

### How can I get more information about e-mail, the notice, or the lawsuit?

A description of the lawsuit and the class is included in the notice. All other inquiries may be directed to Plaintiffs' counsel, whose address is included in the notice.

Back to FAQs

### How does this impact me?

As part of a proposed settlement, AOL has agreed that, if it continues to place advertising or promotional footers at the bottom of outgoing e-mail messages, it will provide members periodic notice that they can remove that advertising or promotional footer via AOL Keyword: Footer or http://footer.aol.com. The e-mail that you received simply lets you know your rights as part of the settlement. All other inquiries may be directed to Plaintiffs' counsel, whose address is included in the notice. Please refer to our online article to remove the e-mail message footer.

### Do I get any money as part of this settlement?

Although there is no monetary relief under the proposed settlement, it provides that all current AOL Members will immediately be provided the notice of the footers and their ability to discontinue the footers via AOL Keyword: Footer or http://footer.aol.com. In addition, under the terms of settlement, AOL is making donations to several charities that have already been identified and preliminarily approved by the court, including the Boys & Girls Clubs of America.

Back to FAQs

### Where can I see the e-mail footer?

The footer was a sentence of text that automatically appeared at the bottom of your outgoing AOL e-mail messages with information about different products and content from AOL and our advertisers.

If your settings allow footers to be inserted in your e-mails, the footer will be added after you send your e-mail. It will appear inside your e-mail as a text message, located at the bottom of your e-mail. You may see how the email will appear to your recipient by going to your Sent folder and pulling up the e-mail. Below is an example, with the e-mail footer circled in red.



Back to Top

About this article:

© 2008 AOL LLC. All Rights Reserved.

Search Ho  [        ] Search

More on AOL: African-American Culture  Autos  Games  Maps  Money  Movies  Music  News  Radio  Sports  Television  Travel
AOL Downloads  Privacy Policy  Updated Terms of Use  Trademarks  Advertise With Us  Site Map  Help  Feedback  Contact Us

AOL, which is the central destination for all output ... help and account management support, includes AOL help, AOL run, top questions, radio, images, PC protection using AOL's answer wizards, one click fixes, internet connection help. My Account lets you review your AOL bill, change price plans, update account information, create and delete screen names, and reset and change passwords. About AOL info, ways to contact AOL by phone or via chat and any other AOL available you may need.

© 2008 AOL LLC. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.61 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.41 |

Postmark: DEC -7 2009, LOS ANGELES TERMINAL ANNEX, 12/07/2009

Sent To: AoL Email Footer Litigation Settlement
Street, Apt. No.; or PO Box No.: P.O. Box 65771
City, State, ZIP+4: Sterling, VA 20165-8806

PS Form 3800, August 2006   See Reverse for Instructions

7009 1680 0002 4045 6879

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Janel Buycks
P.O. Box 7471, Long Beach 90807
(323) 470-4004

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FAIRCHILD
PLAINTIFF(S),

v.

AOL, LLC
DEFENDANT(S).

CASE NUMBER

CV 09-03568 CAS(PLAx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __LOS ANGELES__, State of California, and not a party to the above-entitled cause. On __DECEMBER 7__, 20__09__, I served a true copy of __NOTICE OF INTENT AND OPPOSITION TO THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT__ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __TERMINAL ANNEX FINANCE, LOS ANGELES, CA 90012__
Executed on __DECEMBER 7__, 20__09__ at __LOS ANGELES__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☑ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Janel B._
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                        Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE