BRIAN S. KABATECK, SBN 152054
 (bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
 (rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
 (at@kbklawyers.com)
MICHAEL V. STORTI, SBN 260215
 (ms@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

GLENN C. NUNES, SBN 210453
 (glenn@nuneslawgroup.com)
THE NUNES LAW GROUP
15760 Ventura Blvd., Suite 860
Encino, CA 91436
Telephone: (818) 386-0444
Facsimile: (818) 386-0050

CHRISTOPHER J. HAMNER, SBN 197117
 (chamner@hamnerlaw.com)
HAMNER LAW OFFICES
15760 Ventura Blvd., Suite 860
Encino, CA 91436
Telephone: (818) 386-0444
Facsimile: (818) 386-0050

Attorneys for Plaintiff
and the Settlement class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC., a Delaware Limited Liability Company; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. CV09-3568 CAS (PLAx)<br><br>HON. CHRISTINA A. SNYDER<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing<br>Date: December 28, 2009<br>Time: 10:00 a.m.<br>Courtroom: 5 |

— 1 —

**MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT (CV08-8468 PSG (SSx))**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on December 28, 2009 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5 of the above-entitled Court, located on the 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard, will, and hereby do, move this Court for an Order (1) granting final approval of the proposed Settlement which was preliminarily approved on August 25, 2009, (2) providing for the orderly performance and enforcement of the terms and conditions of the Settlement as set forth in the Agreement, (3) entering judgment as to Plaintiffs and the Class, and (4) dismissing of the instant Lawsuit with prejudice.

This Motion is based on the accompanying Memorandum of Points and Authorities; the Declarations of Michael V. Storti, Glen C. Nunes and Christopher J. Hamner; all other records, pleadings, and papers on file in this action; and on such other evidence or argument as may be presented to the Court at the hearing of this motion.

Defendant AOL, LLC does not oppose this Motion.

Dated:  December 14, 2009            KABATECK BROWN KELLNER, LLP

                                     By:     /s/
                                          Brian S. Kabateck
                                          Richard L. Kellner
                                          Alfredo Torrijos
                                          Michael V. Storti
                                     *Attorneys for Plaintiffs and the Settlement Class*

                                     THE NUNES LAW GROUP

                                     By:     /s/
                                          Glenn C. Nunes
                                     *Attorney for Plaintiffs and the Settlement Class*

— 2 —

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT (CV09-3568 CAS (PLAx))**

1 HAMNER LAW OFFICES

2 By: ‎ /s/
Christopher J. Hamner
3 *Attorney for Plaintiffs and the Settlement Class*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 3 —

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT (CV09-3568 CAS (PLAx))**