1  BRIAN S. KABATECK,  SBN 152054
    (bsk@kbklawyers.com)
2  RICHARD L. KELLNER,  SBN 171416
    (rlk@kbklawyers.com)
3  ALFREDO TORRIJOS,  SBN 222458
    (at@kbklawyers.com)
4  MICHAEL V. STORTI,  SBN 260215
    (ms@kbklawyers.com)
5  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
6  Los Angeles, California  90017
   Telephone: (213) 217-5000
7  Facsimile: (213) 217-5010

8  GLENN C. NUNES, SBN 210453
    (glenn@nuneslawgroup.com)
9  CHRISTOPHER J. HAMNER, SBN 197117
    (chamner@hamnerlaw.com)
10 15760 Ventura Blvd., Suite 860
   Encino, CA 91436
11 Telephone: (818) 386-0444
   Facsimile: (818) 386-0050

12

   Attorneys for Plaintiff
13 and the Settlement Class

14

15            **UNITED STATES DISTRICT COURT**

              **CENTRAL DISTRICT OF CALIFORNIA**
16

17 DAWN FAIRCHILD, ROBERT          **CASE NO. CV09-3568 CAS (PLAx)**
   NACHSHIN, BRIAN GEERS and
18 LAURENCE GERARD, on behalf of   HON. CHRISTINA A. SNYDER
   themselves and all others similarly
19 situated,                       **DECLARATION OF MICHAEL V.
                                   STORTI IN SUPPORT OF
20         Plaintiffs,             PLAINTIFFS' MOTION FOR
                                   AWARD OF ATTORNEYS' FEES**
21         vs.

22 AOL, LLC., a Delaware Limited    Hearing
   Liability Company; and DOES 1   Date: December 28, 2009
23 through 10, inclusive;          Time: 10:00 a.m.
                                   Courtroom:  5
24         Defendants.

25

26

27

28

---

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES (CV09-3568 CAS (PLAx))**

## DECLARATION OF RICHARD L. KELLNER

I, Richard L. Kellner, declare as follows:

1.     I am over the age of 18 and a resident of California.  I make this declaration of my personal and first-hand knowledge, and, if called and sworn as a witness, I would and could testify competently hereto.

2.     I am an attorney admitted to practice in the state California.  I am an associate at the law firm of Kabateck Brown Kellner LLP ("KBK").

3.     KBK is counsel of record for the plaintiffs in this action.

4.     I submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees.

5.     Prior to filing the complaint in this action, KBK conducted a thorough factual investigation into the claims underlying Plaintiffs' claims.

6.     Since the filing of this action, KBK has continued its investigations, both through formal and informal discovery.  This includes taking the deposition of Roy Ben-Yousef, the Vice President of AOL responsible for the e-mail footers at issue, which was conducted on May 15, 2009.

7.     The settlement in this action was reached after arms' length settlement discussions between KBK, KBK's co-counsel (Glenn Nunes and Christopher Hamner), and counsel for AOL.  The settlement was reached after numerous formal and informal settlement discussions and negotiations conducted under the direction of the Honorable Dickran M. Tevrizian, United States District Court Judge for the Central District of California (Retired).  This included multiple full and partial day mediation sessions.

8.     As this settlement provides for every class member to receive notice of the existence of the footer advertisements and their ability to opt-out, it

— 2 —

addresses the issues raised in the operative Complaint and corrects the improper

conduct going forward because AOL also has agreed to notify all new subscribers

of the existence of the footers.  Moreover, AOL will make substantial charitable

donations as recompense for its wrongful conduct.  At least three of the charities

chosen were at the suggestion of Judge Tevrizian who believed they were

appropriate ones given the nature of this case.  Furthermore, the Class' recovery

will not be diminished in any way by the payment of attorneys' fees, costs or

administrative expenses.  In light of these facts, I express - without reservation -

my opinion that the proposed settlement is fair, reasonable, and in the best interest

of the Class.

9.     KBK's attorneys have successfully litigated dozens of class actions.

Recent experience includes the following:

(a)     KBK's attorneys obtained a $20,000,000 settlement of the

action entitled *Marootian, et al. v. New York Life Insurance Company*, Case No.

C99-12073 CAS (MCx) (U.S.D.C., Central Dist. CA), in which the plaintiffs

alleged that New York Life Insurance Company failed to pay benefits under life

insurance policies it issued in and following 1875 in the Turkish Ottoman Empire

on the lives of persons of Armenian descent;

(b)     In *Borrayo, et al. v. Carlton Forge Works*, L.A.S.C. Case No.

BC298858, KBK's attorneys obtained a settlement that fully compensated a class

composed of 244 employees who were not paid overtime wages which were owed

for time worked on alternative work week schedule;

(c)     In *Epson Ink Cartridge Cases*, L.A.S.C. Case No. BC293641 &

S.F.S.C. Case No. CGC-03-425588, KBK obtained a settlement on behalf of a

nationwide class of consumers whose Epson printer cartridges were defined by

printer software as being empty when, in fact, they contain a substantial amount of

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES (CV09-3568 CAS (PLAx))**

ink and may continue to print.  The settlement was approved on August 15, 2006 by the Superior Court of the State of California for the County of Los Angeles;

   (d)   KBK was co-lead counsel in *Checkmate v. Yahoo!, Inc.*, U.S. District Court, Case No. 05-cv-4588 (U.S.D.C., Central Dist. CA), which alleges that defendants improperly charged its pay-per-click internet advertising clients for fraudulent website "clicks" by third parties.  The settlement was approved on March 26, 2007;

   (e)   KBK was lead counsel in *Marisol Balandran, et. al. v. Labor Read, Inc.*, *et. al.,* L.A.S.C. Case No. BC 278551, an employment discrimination case involving more than 200 women.  Final settlement approval was granted August 6, 2007;

   (f)   KBK was co-lead counsel in *Alba v. Papa John's USA, Inc. et al.*, U.S. District Court, Case No. 05-cv-7487 (U.S.D.C., Central Dist. CA), a wage and hour suit involving more than 900 possible plaintiffs who worked at Papa John's pizzerias, which was certified by the United States District Court on February 8, 2007.  Following certification, the case settled.  The settlement was granted final approval on July 11, 2008;

   (g)   KBK was co-lead counsel in *Hurtado v. TEG/L VI, Environmental Services Inc.*, LASC Case No. BC276468, a class action for unpaid wages.  The case was settled and final approval was granted on April 13, 2007;

   (h)   KBK was co-lead counsel in *Harrison, et al. v. Pacific Bay Properties, et al.,* L.A.S.C. Case No. BC285320, a construction defect class action.  Final settlement approval was granted on March 4, 2008;

   (i)   KBK was co-lead counsel in *Cossey v. BCI Coca Cola Bottling Co. of Los Angeles,* L.A.S.C Case No. BC36978, an employment class action involving Coca-Cola Bottling Company employees who did not receive adequate pay.  Settlement was entered and finally approval granted approved in 2008.

— 4 —

1    (j)    KBK is co-lead counsel in *Van Horn v. Nationwide Casualty*

2    *Insurance Company, et al*, U.S. District Court, Civil No.: 08-cv-605 (U.S.D.C.,

3    Northern Dist. Ohio) a breach of contract class action asserting that insurance

4    company defendants prematurely terminated car rental benefits that they owed

5    policyholders.  A national class consisting of over 180,000 policyholders was

6    granted on certified on February 10, 2009.

7    (k)    KBK was co-lead counsel in *Lockette v. Ross Stores, Inc.*, U.S.

8    District Court, Civil No. 07-cv-3430 MMC, class settlement of an FLSA collective

9    action for unpaid overtime  based on the misclassification of of assistant managers.

10    Final approval of settlement was granted on March 11, 2009.

11    (j)    KBK is lead counsel in *Saloman v. Bodee, LLC*, L.A.S.C. Case

12    No. BC 379376, a California Business and Professions Code suit involving a claim

13    for misrepresentation of male enhancement products.  A nationwide class was

14    certified on April 22, 2009.

15    (l)    KBK is currently representing the National Association for the

16    Advancement of Colored People in a class action based on the racially

17    discriminatory lending practices of 18 national mortgage lenders.  *NAACP v.*

18    *Ameriquest Mortgage Company et al.*, U.S. District Court, Case No. 07-cv-0794

19    (U.S.D.C. Central Dist. CA).

20    10.    The partners of KBK have collectively tried over 100 cases and have

21    handled over 100 appeals.

22    11.    By initiating this case, KBK undertook a considerable risk that it

23    would not receive any payment from the prosecution of this action.  These risks

24    included: (1) whether the case could be certified as a class action; (2) whether there

25    would be a method for calculating and proving the damages suffered by each Class

26    Member; and (3) whether AOL would prevail with any of its asserted defenses.

27

28

— 5 —

1    12.    In short, prevailing and ultimately collecting any recovery from AOL

2    was never anywhere near certain, since this required satisfying a number of

3    difficult thresholds (from pleading and proof issues, to certification and

4    establishing the extent of Defendant's liability at trial).  Accordingly, KBK's

5    contingency risk supports the requested fees.

6    13.    To date, KBK has devoted 274.8 attorney and law clerk hours to this

7    action.  At their reasonable and regular hourly rates this represents a lodestar of

8    $95,759, calculated as follows:

9

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Brian S. Kabateck | $690.00 | 20.6 | $14,212.00 |
| Richard L. Kellner | $690.00 | 31 | $21,390.00 |
| Alfredo Torrijos | $390.00 | 35 | $13,650.00 |
| Michael V. Storti | $275.00 | 146.2 | $40,205.00 |
| David Koppelman | $150.00 | 17 | $2,550.00 |
| Michele Goldberg | $150.00 | 25 | $3,750.00 |
| | | **Total:** | $95,759.00 |

18    14.    The above hourly rates are the reasonable and regular rates that are

19    commensurate with the experience and expertise of each attorney.  Brian S.

20    Kabateck is the managing partner of KBK with over 18 years of litigation

21    experience, who in 2006 was named California Lawyer of the Year/Litigation by

22    his peers in recognition of his winning track record.  Richard L. Kellner has been a

23    litigator for 21 years, has conducted over 25 trials and have handled over 100

24    appeals.  Alfredo Torrijos, a graduate of Stanford Law School, is a senior associate

25    with KBK with over six years of litigation experience.  Michael Storti is a graduate

26    of Loyola Law School and is a second year associate at KBK.  David Koppelman

27    is a third year law student at The Dickenson School of Law at The Pennsylvania

28

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES (CV09-3568 CAS (PLAx))**

State University.  Michele Goldberg is a graduate of Loyola Law School.

Furthermore, the above rates are comparable to the rates requested by – and

awarded to – these attorneys in other class actions successfully prosecuted by

KBK.

      15.    The $160,000 in attorneys' fees represents a 1.71 multiplier of the

loadstar.


    I declare under penalty of perjury of the laws of the United States of

America that the foregoing is true and correct, executed on December 15, 2009 in

Los Angeles, California.


_____/s/_____
Michael V. Storti

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES (CV09-3568 CAS (PLAx))**