Mark D. Litvack (SBN 183652)
E-mail: mlitvack@reedsmith.com
Michael A. Garabed (SBN 223511)
E-mail: mgarabed@reedsmith.com
Tamara M. Rowles (SBN 228940)
E-mail: trowles@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant AOL Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD and ROBERT NACHSHIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendant. | CASE NO. CV09-03568 CAS (PLAx)<br><br>HON. CHRISTINA A. SNYDER<br><br>**NOTICE OF WITNESSES WHO WILL ATTEND FAIRNESS HEARING**<br><br>Date: December 28, 2009<br>Time: 10:00 a.m.<br>Dept: 5<br><br>Complaint filed: May 19, 2009 |

CASE NO.: CV09-03568 CAS (PLAX)

PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Preliminary Approval of Class Settlement, Provisionally Certifying Class for Settlement Purposes, and Providing for Notice of Proposed Settlement and Final Settlement Hearing, dated August 25, 2009, Defendant AOL, LLC ("AOL") believes that no additional testimony is necessary to approve this Settlement. However, if the Court desires such testimony, AOL hereby provides notice that the following witnesses intend to appear at the Fairness Hearing on December 28, 2009 and pursuant to the Court's desires will be prepared to give testimony as indicated below:

1. J. L. Novak. Mr. Novak is Assistant General Counsel of AOL. Mr. Novak will be prepared to present evidence as to the sending of the notice of the proposed settlement to the settlement class; the establishment of the settlement website; the inquiries received from members of the settlement class regarding the settlement and the handling of those inquiries; the members who have filed requests to opt out of the settlement; the ongoing administration of the tasks associated with the settlement; and any issues regarding the settlement and the administration of the settlement.

Dated: December 14, 2009     REED SMITH LLP

By /s/ Tamara M. Rowles
Mark D. Litvack (SBN 183652)
Michael A. Garabed (SBN 223511)
Tamara M. Rowles (SBN 228940)

CASE NO.: CV09-03568 CAS (PLAX)

- 1 -