Mark D. Litvack (SBN 183652)
E-mail: mlitvack@reedsmith.com
Michael A. Garabed (SBN 223511)
E-mail: mgarabed@reedsmith.com
Tamara M. Rowles (SBN 228940)
E-mail: trowles@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant AOL Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,

    Defendants.

NO. CV 09-03568 CAS (PLAx)

**DECLARATION OF J.L. NOVAK IN RESPONSE TO OBJECTIONS TO PROPOSED SETTLEMENT FILED BY OBJECTORS DARREN MCKINNEY AND JANEL BUYCKS**

Date: December 28, 2009
Time: 10:00 a.m.
Dept: Courtroom 5

Honorable Christina A. Snyder

I, J. L. Novak, do hereby declare:

1. I am General Counsel of AOL's legacy ISP business and Assistant General Counsel of its parent organization, AOL LLC.[1] I make this declaration based upon my personal knowledge, the business records of AOL, and the responses received by AOL from the class members in this matter.

2. AOL sent notice of the proposed settlement in this matter to 66,096,441 purported class members.

3. Pursuant to this Court's Preliminary Approval Order AOL established a website wherein the notice and settlement agreement for this matter were each posted, as well as e-mail addresses and an e-room for settlement inquiries and opt outs.

4. As of today, 5,428 persons have submitted inquiries to AOL about the settlement of this matter. Class counsel and AOL have provided e-mail responses for certain categories of inquiry while also posting to the settlement website FAQ's and responses.

5. 3,481 people submitted opt out requests in accordance with the Court's instructions. Seven people submitted opt out requests after the November 29, 2009 opt out deadline. An additional 1,037 people submitted opt out requests but failed to provide their names as required by the Court's instructions. A list of the 3,481 people who submitted opt out requests in accordance with the Court's instructions and the 7 people who submitted opt out requests after the November 29, 2009 opt out deadline is attached as Exhibit A. AOL is working to identify the 1,037 people who failed to

---

[1] Now known as AOL Inc.

1 provide their names. If AOL is able to do so, it will provide a supplemental list for
2 the Court.

6. Two persons have purportedly filed objections to this settlement. One of these objectors, Janel Buycks, does not appear to be an owner of any AOL account. I directed personnel at AOL to search the member database for both the name "Janel Buycks" and the email address Ms. Buycks provided in her Objection. Ms. Buycks does not appear to own an AOL account, and the billing contact for the e-mail address that Ms. Buycks provided is listed as Beverly Higginbotham.

7. Ms. Buycks' self-identified information on her "Linked-In" website, available at http://www.linkedin.com/pub/janel-buycks/4/79a/90b, identifies her as the owner of the charity "Imitators of God".

8. In her Objection, Ms. Buycks alleges that she did not receive a response from AOL regarding her inquiry. On the contrary, AOL responded to this inquiry via e-mail on November 11, 2009 at 2:41 p.m. In this response AOL stated:

> We received your inquiry regarding the charities identified in the Fairchild et al., v AOL litigation. Specific details regarding which charities were selected and how much each will receive can be found in paragraph 23 at the bottom of page 9 of the Settlement Agreement, at http://www.aole-mailfootersettlement.com.
>
> For additional information and answers to other questions you may have, please visit our Frequently Asked Questions page at http://emailfooternotice.aol.com.

9.      Based on my experience with dozens of other class actions and class action settlements that I have managed as well as my responsibilities managing AOL's regulatory compliance function, the handling and postage costs associated with cutting and mailing checks to the settlement class would be at least .54 per piece and potentially as high as $1.21 per piece (at a total cost between $35,692,078.14 and $79,976,693.61), depending on whether the work was done internally, whether the check required any inserted material, and whether the mail could be bundled with other mail for a cheaper postage rate.

I declare under penalty of the laws of the United States of America that the foregoing is true and correct, executed December 14, 2009 in Dulles, Virginia.

_____
J. L. Novak