Case 2:09-cv-03568-CAS-PLA   Document 43-2   Filed 12/21/09   Page 1 of 1   Page ID #:727

# Dawn Fairchild

Associate Director of Development at New Roads School

Greater Los Angeles Area

|  |  |
|---|---|
| **Current** | • **Associate Director of Development at New Roads School** |
| **Connections** | **1** connection |
| **Industry** | Education Management |

---

## Dawn Fairchild's Experience

### Associate Director of Development
**New Roads School**
(Education Management industry)
Currently holds this position