Mark D. Litvack (SBN 183652)
E-mail: mlitvack@reedsmith.com
Michael A. Garabed (SBN 223511)
E-mail: mgarabed@reedsmith.com
Tamara M. Rowles (SBN 228940)
E-mail: trowles@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant AOL Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendants. | NO. CV 09-03568 CAS (PLAx)<br><br>**SUPPLEMENTAL DECLARATION OF J.L. NOVAK IN RESPONSE TO OBJECTIONS TO PROPOSED SETTLEMENT FILED BY OBJECTORS DARREN MCKINNEY AND JANEL BUYCKS**<br><br>Date: December 28, 2009<br>Time: 10:00 a.m.<br>Dept: Courtroom 5<br><br>Honorable Christina A. Snyder |

I, J. L. Novak, do hereby declare:

1. I am General Counsel of AOL's legacy ISP business and Assistant General Counsel of its parent organization, AOL Inc. I make this declaration based upon my personal knowledge, the business records of AOL, and the responses received by AOL from the class members in this matter.

2. I stated in my prior declaration that 1,037 people submitted opt out requests but failed to provide their names as required by the Court's instructions. Upon further review, we have verified that 1,046 class members submitted opt outs but did not provide their full names.

3. At my direction, AOL personnel identified the names of most of these class members based on their e-mail addresses. Attached hereto as Exhibit A is a list of the names of 992 class members who submitted opt outs.

4. AOL personnel were unable to identify the names of 54 individuals who attempted to submit opt outs because their names were either not provided on their AOL account or the opt out request was submitted by an email address from an outside (non-AOL) domain. Accordingly, AOL is unable to verify whether these 54 opt outs were submitted by members of the class.

– 1 –

SUPPLEMENTAL DECLARATION OF J.L. NOVAK

US_ACTIVE-102841014.1-TMROWLES 12/28/09 9:29 AM

5. Nine persons have filed requests to opt-out after the Court ordered cut-off date. A table of names has been provided below. AOL will attempt to determine the identity of the 3 persons who did not provide their names and supplement later if the Court desires. AOL has no objection to these persons being added to the opt-out list.

| Last Name | First Name | Disposition |
|---|---|---|
| Zamarripa | Vanessa | Opt Out |
| Williams | Katherine | Opt Out |
| Not Provided | Not Provided | Opt Out |
| Not Provided | Not Provided | Opt Out |
| Kelley, Sr | Donald E | Opt Out |
| McHale | Carrie | Opt Out |
| Allen | Donald | Opt Out |
| Not Provided | Not Provided | Opt Out |
| Haskell | Winnie | Opt Out |

I declare under penalty of the laws of the United States of America that the foregoing is true and correct, executed December 28, 2009 in Los Angeles, California.


J. L. Novak