# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3568-CAS(PLAx) | Date | December 28, 2009 |
|---|---|---|---|
| Title | DAWN FAIRCHILD, et al., v. AOL, LLC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul Pierson | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Hamner<br>Glenn Nunes<br>Richard Kellner | Mark Litvack |

**Proceedings:**   HEARING ON:
1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (filed 12/14/09); and ,
2) PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES (filed 12/14/09)

The case is called and counsel state their appearance. The Court discusses the objections and comments received by the parties and invites counsel to present their respective arguments. The Court grants objector Janel Buycks' request to opt out from the class, as well as the owner of the account, Beverly Higginbotham, so they may proceed with their own claims. The Court reviews the proposed settlement as fair and reasonable; determines that there is not a conflict of interest regarding the Legal Aid Society; and, directs counsel to submit a new proposed order concerning the final approval of the class action settlement. The Court invites counsel to argue this issue of attorneys' fees and takes the motion under submission.

|  |  |  |
|---|---|---|
| 00 | : | 50 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3568-CAS(PLAx) | Date | December 28, 2009 |
|---|---|---|---|
| Title | DAWN FAIRCHILD, et al., v. AOL, LLC. | | |

| | Initials of Preparer | PDP |
|---|---|---|