FILED
CLERK, U.S. DISTRICT COURT
JAN 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC., a Delaware Limited Liability Company; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. CV 09-3568 CAS (PLAx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** |

After carefully considering the arguments set forth by both parties and objectors to the settlement, and for good cause being shown, the Court grants plaintiffs' motion for attorneys' fees, pursuant to the settlement agreement, against defendant. Specifically, the Court awards attorneys' fees (including disbursements) in the amount of $160,000 to Kabatek Brown Kellner, and $160,000 jointly to Nunes Law Group and Hamner Law Offices. Thus, the total award is for $320,000 in attorneys' fees.

IT IS SO ORDERED

Dated: January 4, 2010

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE