

**Luz Hernandez/CACD/09/USCOURTS**

01/06/2010 11:40 AM

To   Catherine Jeang/CACD/09/USCOURTS@USCOURTS
cc   Dawn Bullock/CACD/09/USCOURTS@USCOURTS
bcc
Subject   Fw: Fairchild et al v. AOL, Case No. CV09-03568 CAS (PLAx)



FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Hi Catherine,

Can you please assist with the below e-mail?

Thanks,
Luz H.
X5660

----- Forwarded by Luz Hernandez/CACD/09/USCOURTS on 01/06/2010 11:38 AM -----



**RDShatt@aol.com**

01/06/2010 04:06 AM

To   ecf-helpdesk@cacd.uscourts.gov, records_cacd@cacd.uscourts.gov
cc   mbolanos@hamnerlaw.com, bsk@kbklawyers.com, tfrank@gmail.com
Subject   Re: Fairchild et al v. AOL, Case No. CV09-03568 CAS (PLAx)


Dear Judge Snyder,

I have previously tried to email you twice, which emails you can find here.

I am very pleased that the Center For Class Action Fairness has filed a brief on behalf of objector Darren McKinney, and I very much hope that you will reject the settlement and request of Putative Class Attorneys for fees and costs as requested by Mr. McKinney.

I regret to say that I have concluded that this is a closed legal system in which the judges and the lawyers are out of touch with economics, business ethics and genuine justice, that going outside of the legal system is needed to remedy the situation, and I am attempting to do so in connection with the 2010 elections, as indicated here.

Thank you.

Sincerely,
Robert Shattuck