THEODORE H. FRANK (SBN 196332)
    tedfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 23-6
Washington, DC 20036
(703) 203-3848

Attorney for Objector Darren McKinney

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dawn Fairchild, et al.,<br><br>    Plaintiffs<br><br>vs.<br><br>AOL, LLC,<br><br>    Defendant.<br><br>Darren McKinney,<br><br>    Objector. | Case No. CV09-03568 CAS (PLAx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

1  Notice is hereby given that objecting class member Darren McKinney hereby
2  appeals to the United States Court of Appeals for the Ninth Circuit from the Court's
3
4  Final Order Re Approval of Class Action Settlement and Final Judgment Thereon
5  (Doc. 50) entered on December 31, 2009, and all orders that merge in that judgment,
6
7  including the Order Granting Plaintiffs' Motion for Award of Attorneys' Fees
8  (Doc. 49) entered on January 4, 2010.
9
10 Dated: January 26, 2009
11
12                                          Respectfully submitted,
13                                          /s/ Theodore H. Frank
                                            Theodore H. Frank
14                                          **CENTER FOR CLASS ACTION**
15                                          **FAIRNESS**
                                            1718 M Street NW
16                                          No. 23-6
17                                          Washington, DC 20036
                                            (703) 203-3848
18                                          Attorney for Objector
19
20
21
22
23
24
25
26
27
28

## Representation Statement

Pursuant to Circuit Rules 3-2(b) and 12-2, objector appellants hereby submit the following Representation Statement, identifying all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

| | |
|---|---|
| **Alfredo Torrijos** <br> **Brian S. Kabateck** <br> **Michael V. Storti** <br> **Richard L. Kellner** <br> KABATECK BROWN KELLNER, LLP <br> 644 South Figueroa Street <br> Los Angeles , CA 90017 <br> 213-217-5000 <br> Fax: 213-217-5010 <br> at@kbklawyers.com <br> bsk@kbklawyers.com <br> ms@kbklawyers.com <br> rlk@kbklawyers.com | **Counsel for Class Plaintiffs** <br> **and** <br> **for Named Plaintiffs** <br> **Robert Nachshin** <br> **Dawn Fairchild** <br> **Brian Geers** <br> **Laurence Gerard** |

**Christopher J. Hamner**
HAMNER LAW OFFICES
15760 Ventura Boulevard Suite 860
Encino , CA 91436
818-386-0444
Fax: 818-386-0050
chamner@hamnerlaw.com

**Glenn C. Nunes**
NUNES LAW GROUP
15760 Ventura Boulevard Suite 860
Encino , CA 91436
818-386-0444
Fax: 818-386-0050
Email: glenn@nuneslawgroup.com

| | | |
|---|---|---|
| 1 | **Michael A. Garabed** | **Counsel for Defendant** |
| 2 | **Tamara M. Rowles** | **AOL, LLC** |
|   | REED SMITH LLP | |
| 3 | 355 South Grand Avenue Suite 2900 | |
| 4 | Los Angeles , CA 90071 | |
|   | 213-457-8000 | |
| 5 | Fax: 213-457-8080 | |
| 6 | mgarabed@reedsmith.com | |
|   | trowles@reedsmith.com | |
| 7 | | |
| 8 | **Theodore H. Frank** | **Counsel for Objector** |
|   | CENTER FOR CLASS ACTION FAIRNESS | **Darren McKinney** |
| 9 | 1718 M Street NW | |
| 10 | No. 23-6 | |
|    | Washington, DC 20036 | |
| 11 | (703) 203-3848 | |
| 12 | tedfrank@gmail.com | |

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　／s/ Theodore H. Frank
　　　　　　　　　　　　　　　　　　　Theodore H. Frank
　　　　　　　　　　　　　　　　　　　**CENTER FOR CLASS ACTION FAIRNESS**

1

PROOF OF SERVICE

2

I declare that:

3

I am employed in the state of Illinois.  I am over the age of 18 years and not party to the within action; my office address is 312 N. May Street, Suite 100, Chicago, Illinois, 60607.

4

5

6

On January 26, 2009, I served the attached:

7

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

8

  X    By First-Class Mail in that I caused such envelope(s) to be delivered via First-Class Mail to the addressee(s) designated.

9

10

Glenn Nunes
The Nunes Law Group
15760 Ventura Blvd Ste 860
Encino, CA 91436

AOL E-mail Footer Litigation Settlement,
P.O. Box 65771,
Sterling, VA 20165-8806

11

12

Brian Kabateck
Richard Kellner
Michael V. Storti
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017

Christopher J. Hamner
Kimberly A. Westmoreland
Hamner Law Offices
15760 Ventura Blvd Ste 860
Encino, CA 91436

13

14

15

Michael A. Garabed
Tamara M. Rowles
Reed Smith
355 South Grand Avenue Suite 2900
Los Angeles , CA 90071

16

17

18

19

I declare under penalty of perjury that the foregoing is true and correct.

20

Executed on January 26, 2009.

21

22

/s/ Frank Bednarz_____
Frank Bednarz

23

24

25

26

27

28

**Case No. CV09-03568 CAS** (PLAx)    5
NOTICE OF APPEAL AND REPRESENTATION STATEMENT