KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK (State Bar No. 152054)
bsk@kbklawyers.com
RICHARD L. KELLNER (State Bar No. 171416)
rlk@kbklawyers.com
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213.217.5000/Facsimile: 213.217.5010

THE NUNES LAW GROUP
GLENN C. NUNES (State Bar No. 210453)
glenn@nuneslawgroup.com
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: 415.946.8894/Facsimile: 415.946.8801

HAMNER LAW OFFICES, APC
CHRISTOPHER J. HAMNER (State Bar No. 197117)
chamner@hamnerlaw.com
555 W. 5th Street, 31st Floor
Los Angeles, CA 90013
Telephone: 213.533.4160/Facsimile: 213.533.4167

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. CV 09-03568 CAS (PLAx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED REVISED CLASS ACTION SETTLEMENT<br><br>Date:  August 26, 2013<br>Time:  10:00 a.m.<br>Dept.:  5<br><br>Honorable Christina A. Snyder |

601944233v1

- 1 -

As this Court is aware, it previously gave final approval to a settlement in this matter. However, this Order was reversed in part by the Ninth Circuit. To comply with the Ninth Circuit's Order this Settlement Agreement has been modified so that the *cy pres* awards be re-designated to (1) The Electronic Frontier foundation and (2) the Information Technology & Innovation Foundation. No Party to this action has any affiliation with these national entities that focus upon technology and the Internet. Additionally, the Revised Class Action Settlement (1) discloses the relationship between class representatives and the charities they selected to receive a donation in lieu of an incentive payment, and (2) is updated it to reflect events that have occurred consistent with the original settlement (*e.g.,* AOL has discontinued its practice of using the e-mail footers at issue, Plaintiffs filed an amended complaint, and attorney's fees have been paid). Therefore, this revised settlement should be expeditiously approved.

**PLEASE TAKE NOTICE** that on August 26, 2013, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Christina A. Snyder, United States District Court, Central District of California, Western Division, located at 312 N. String Street, Los Angeles, CA 90012, plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard ("Plaintiffs") and AOL Inc. shall move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order:

(1)  certifying, for the purposes of settlement, a plaintiff class defined as follows: All current AOL members;

(2)  certifying Plaintiffs as the representative of the Settlement Class;

(3)  appointing the law firms of Kabateck Brown Kellner LLP, The Nunes Law Group, and Hamner Law Offices, LLC as class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure;

(4)  approving the proposed Official Notice of Pendency of Class Action

and Proposed Settlement;

    (5)   preliminarily approving the proposed revised class action settlement; and

    (6)   setting a date for the Final Fairness Hearing.

This motion for class certification is made pursuant to Rule 23 of the Federal Rules of Civil Procedure.

This motion is based upon this notice of motion and motion; the memorandum of points and authorities; the accompanying declarations; the records and files in this action; and such argument as may be presented at the hearing on this motion.

The parties have met and conferred pursuant to L.R. 7-3 regarding the instant motion.

Dated: July 29, 2013

                KABATECK BROWN KELLNER LLP
                BRIAN S. KABATECK
                RICHARD L. KELLNER


                By   /s/ Brian S. Kabateck
                        Brian S. Kabateck

                THE NUNES LAW GROUP
                GLENN C. NUNES


                By   /s/ Glenn C.Nunes
                        Glenn C. Nunes

                HAMNER LAW OFFICES, APC
                CHRISTOPHER J. HAMNER


                By   /s/ Christopher J. Hamner
                        Christopher J. Hamner

*Attorneys for Plaintiffs and the Proposed Class*