Case 2:09-cv-03568-CAS-PLA   Document 66-3   Filed 07/31/13   Page 1 of 9   Page ID #:866

**Exhibit A**

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              CENTRAL DISTRICT OF CALIFORNIA
 4
     --------------------------x
 5   RANDE BRONSTER and ROBERT  )
     NACHSHIN, on behalf of     )
 6   themselves and all others  )
     similarly situated,        )
 7                              )
                                )
 8              Plaintiffs,     )
                                )
 9                              )No. CV 09-03568 CAS (AGRx)
                                )
10   AOL, LLC, a Delaware       )
     Limited Liability          )
11   Company; and DOES 1        )
     through 10, inclusive,     )
12                              )
                Defendants.     )
13   --------------------------x
14
15              DEPOSITION OF ROY BEN-YOSEPH
16                 Los Angeles, California
17                  Friday, May 15, 2009
18
19
20
21
22
23   Reported by:
24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25   JOB NO. 22884
```

Page 6

1       ROY BEN-YOSEPH
2   A   No.
3   Q   Okay. So who is your current employer?
4   A   AOL.
5   Q   How long have you been employed with AOL?
6   A   About eight and a half years.
7   Q   What's your current position?
8   A   I'm Vice President of E-mail products.
9   Q   And generally what are your job duties?
10  A   My team manages the product and product
11  management aspects of AOL Mail so we determine
12  strategy and technical direction of our mail
13  products, as well as I've got a set of folks who
14  manage business operations.
15  Q   Okay. How long have you been in that
16  position?
17  A   I have been in the position of V.P. since
18  March of 2007.
19  Q   A little over two years?
20  A   That's right, yes.
21  Q   And prior to that with AOL what was your
22  position?
23  A   I was Director of Mail Products.
24  Q   And what did your job entail as Director?
25  A   It was a similar job that I have today,
    TSG Reporting - Worldwide   (877) 702-9580

Page 7

1       ROY BEN-YOSEPH
2   different title.
3   Q   Same job?
4   A   Same job.
5   Q   Okay. And before that?
6   A   I was Director of Access Product
7   Management.
8   Q   Generally what was that?
9   A   It was Product Management of several
10  products including the AOL Client, Mail, Connectivity
11  and several other products.
12  Q   When you say "Access," it is --
13  A   To the AOL service.
14  Q   Before that, was that your first job with
15  AOL?
16  A   No, I was Principal Product Manager of
17  E-mail.
18  Q   Was that your first job?
19  A   Before that I was Senior Project Manager of
20  E-mail and that was my first job at AOL.
21  Q   Okay. Briefly what's your educational
22  background?
23  A   I have an M.B.A. from Emory University and
24  a J.D. from Emory University Law School and I have a
25  B.S. in math from Florida Atlantic University.
    TSG Reporting - Worldwide   (877) 702-9580

Page 8

1       ROY BEN-YOSEPH
2   Q   Okay. So among other things AOL offers
3   E-mail service, correct?
4   A   That's right.
5   Q   And does AOL offer a free E-mail service?
6   A   Yes.
7   Q   Okay. Does it also offer a paid E-mail
8   service?
9   A   AOL offers an E-mail service that is
10  offered to users whether they're free or whether they
11  pay AOL for a bundle of services which includes
12  things like connectivity or support. E-mail is a
13  product that is offered across both the paid and the
14  free. It is the same product mostly.
15  Q   Well, you said mostly. What's the
16  difference if I were to pay for that package that
17  includes E-mail, what do I get that I wouldn't get
18  with just free E-mail?
19  A   There are actually two differences. One of
20  them is I mentioned support. When you pay for an
21  account through AOL, you can get support on E-mail,
22  at least talking to a person or online support. And
23  the other difference is you have the ability to opt
24  out of E-mail folders that are attached to E-mail.
25  Q   We will go into that one in a minute.
    TSG Reporting - Worldwide   (877) 702-9580

Page 9

1       ROY BEN-YOSEPH
2       Are these differences something that AOL
3   tells its current users or potential users, it is
4   something that they advertise or publicize, these
5   differences?
6   A   As it relates to support we do because when
7   we sell services, paid services, support is one of
8   the items that's offered through I guess most of our
9   pricing plans. I'm not exactly sure if it is all of
10  them, but it is a major category of what we offer
11  from our paid services.
12  Q   Okay.
13      So you are here today to testify about the
14  placement of those footer ads in E-mails, right?
15  A   Yes.
16  Q   So we're on the same page, describe for me
17  what a footer ad is in an E-mail.
18  A   A text footer attached to an E-mail
19  promotes something. It promotes either an AOL
20  property or site or content that AOL offers or it may
21  promote a third party product.
22  Q   And AOL is currently putting footer ads in
23  E-mails?
24  A   That's correct.
25  Q   And those are in all E-mails, so the free
    TSG Reporting - Worldwide   (877) 702-9580

Page 10

**ROY BEN-YOSEPH**

1  
2  accounts and subscriber accounts?
3     A   It is in free account and paid account, in
4  vast majority of E-mail. There's a small category of
5  E-mails that are sent by users, whether free or paid,
6  through third-party clients. So to be more specific,
7  our customers can use Outlook or Thunderbird or
8  third-party E-mail clients to send their E-mail. If
9  they use that, footers are not attached and it
10 doesn't matter if they're paid or free, and that's
11 the vast minority of E-mail sent.
12    Q   Okay. When did AOL begin putting footer
13 ads in E-mails?
14    A   AOL began putting footer ads or footers in
15 E-mail around February or March of 2006. Those ads,
16 they were not ads, they were actually a promotion,
17 they were marketing for AOL.
18    Q   Okay. When did it change to or when did
19 you begin adding third-party advertisements?
20    A   Third-party advertisements was done around
21 October 2008.
22    Q   Okay.
23      MR. LITVACK: There's an in between step.
24 Do you want to take him through it?
25      THE WITNESS: I can.

TSG Reporting - Worldwide (877) 702-9580

Page 11

**ROY BEN-YOSEPH**

1  
2       MR. LITVACK: Take him through it.
3     A   I will take you through an in between step.
4  I mentioned that in February or March 2006 we started
5  promoting AOL so the promotion was AOL in general,
6  come use AOL free services, AOL has services for you,
7  E-mail communication, et cetera. In December of 2007
8  those footers were expanded to promote another AOL
9  properties so the messaging moved from just general
10 AOL marketing message to come use AOL properties. An
11 example would be come read the news at AOL News or
12 check for maps at MapQuest and that was done in
13 December of 2007 and as I mentioned earlier, in
14 October of 2008, that's when third-party footers
15 began running in combination.
16    Q   So focusing on the people who do have ads
17 in their E-mail, people who are on AOL typing their
18 E-mail, when I'm typing my E-mail on aol.com or on
19 another mail client do I see the ad in the footer or
20 I see the text I'm typing?
21    A   You see the text you are typing and you do
22 not see the footer until you press "Send" and you
23 have the opportunity it see it.
24    Q   It is something that happens after I press
25 "Send" or the user presses "Send," that's when the ad

TSG Reporting - Worldwide (877) 702-9580

Page 12

**ROY BEN-YOSEPH**

1  
2  gets inserted?
3     A   The ad gets inserted after it gets to the
4  host system which is after the user presses "Send."
5     Q   Walk me through that process. The user
6  presses "Send" and there's an ad and it gets
7  delivered. Give me the general steps that that
8  E-mail takes.
9     A   Sure.
10      So a user can use several applications,
11 whether it is our AOL Client or AOL Web Mail to type
12 an E-mail. When they type the E-mail they type
13 whatever they want in the E-mail and express "Send."
14 That content in E-mail that's put together in that
15 application is then sent to our host systems for
16 further delivery and once it gets to the host system
17 the host system appends the footer as well as does
18 other checks; for example, for safety and security,
19 and then the message is sent out to whoever the
20 recipient -- sorry, the sender sends it to all those
21 recipients and then they receive that E-mail.
22    Q   Okay.
23      You already testified that every E-mail
24 that goes through AOL, AOL's specific clients, not
25 third-party clients but every specific AOL client

TSG Reporting - Worldwide (877) 702-9580

Page 13

**ROY BEN-YOSEPH**

1  
2  gets an E-mail or gets an ad attached at the end.
3     A   That's right. If you use the AOL Client
4  like AOL 9.0 or AOL Web Mail application the footer
5  is attached.
6     Q   With no distinction between a paid
7  subscriber or a free account?
8     A   The only distinctions may be sometimes for
9  promotional purposes we would decide if you send it
10 through -- I take it back, I'm sorry. That
11 distinction is about Client and Web. We do not have
12 a distinction between paid and free with the
13 exception that paid users can opt out of sending the
14 footer.
15    Q   What you were just describing, it depends
16 on what client you use that the ad will go in there?
17    A   Let me expand on that. Not paid versus
18 free. Our marketing group that determines what we
19 promote on a certain footer sometimes for marketing
20 purposes or for test of whether a certain promotion
21 is better than another will decide that a certain
22 mail sent from a certain client, whether it is Web or
23 actual AOL 9.0 Client or a different version will get
24 a different footer. So in one day I may send a mail
25 from AOL Client and it says "Use MapQuest" and then

TSG Reporting - Worldwide (877) 702-9580

Page 22

```
 1                ROY BEN-YOSEPH
 2   thing.  We launched this in February or March of
 3   February of '06 and we launched it only through web
 4   mail.  In June of '06, June of '06, yes, we then
 5   added the clients.  Again, they were all the same
 6   message and no distinction between paid and used, it
 7   was all across the board.  And that lag was simply a
 8   development lag, no reason behind it.
 9       Q   Okay.
10           Now you mentioned that paid subscribers can
11   opt out of these ads.
12       A   Yes.
13       Q   Can you describe for me what steps they
14   would need to take to do so?
15       A   Yes, sure.  They have opportunities to do
16   so in any of -- in any of our applications.  So in a
17   web mail, in the web mail applications they would go
18   into settings and there's a page within settings for
19   composing E-mail and within there there's a link that
20   you click on it, it says "Click here to turn off your
21   E-mail marketing footer," and a page comes up and on
22   that page you can say, you confirm by pressing "Okay"
23   and then your footer is off.
24           In the Client environment there's several
25   ways to get in.  One of them is the keyword.  A lot
            TSG Reporting - Worldwide   (877) 702-9580
```

Page 23

```
 1                ROY BEN-YOSEPH
 2   of people use "Keywords" and if you type in keyword
 3   "Footer" then you get the exact same experience which
 4   is confirm you want to turn it off, press "Okay" and
 5   it is turned off.
 6           Additionally, and this applies to all our
 7   user, paid users whether they're using Web or Client
 8   or just going to our help portal, if they search our
 9   help pages for turning off footer they will get the
10   directions on how to turn that off, so I think that's
11   the process.
12       Q   Okay.
13           That's currently the process?
14       A   Yes.
15           I'm sorry, can I add one more thing here?
16           If they call our Member Services Group or
17   they have an online contact with Member Services and
18   say I don't like this footer, I want to turn it off,
19   they're given the directions.
20       Q   And that's currently the process for
21   different methods of turning off the footers?
22       A   Yes.
23       Q   Have those methods been consistent since
24   February-March '06?
25       A   They have actually been consistent since we
            TSG Reporting - Worldwide   (877) 702-9580
```

Page 24

```
 1                ROY BEN-YOSEPH
 2   introduced them in April of 2008.  Well, I'm sorry,
 3   since we introduced the opt out in April of 2008.
 4       Q   Okay.  So prior to April of '08 there was
 5   no opt out.
 6       A   That's right.
 7       Q   When AOL began placing footer ads did they
 8   notify the subscribers?  I know the subscribers would
 9   see eventually that these ads were in their E-mails
10   but is this something that was, subscribers were
11   alerted in advance or did it just kind of roll out?
12       A   They were not alerted, it was rolled out.
13       Q   And for people who signed up after that
14   date, February-March '06 date, were they -- was there
15   any type of disclosure or statement in the signup
16   process or in the terms of service that talked about
17   these footer ads?
18       A   Not that I know of specifically footer ads,
19   but in general our service, whether you use it or
20   across, has ads on it so this is another type of
21   advertising.  So people -- that answers both of your
22   questions from earlier, right?  It is folks who were
23   customers when you -- when we added it and also new
24   people coming in.  AOL has ads on the service.
25       Q   Is there any statement in AOL's terms of
            TSG Reporting - Worldwide   (877) 702-9580
```

Page 25

```
 1                ROY BEN-YOSEPH
 2   service about these footer ads?
 3       A   I don't believe there's a statement that
 4   specifically speaks of footer ads or footer
 5   marketing.
 6       Q   Okay.
 7           So when this opt-out feature came online in
 8   April '08, what did AOL do if anything to inform
 9   their subscribers that this is now a possibility?
10       A   We added specific scripts to our membership
11   services consultants so when someone asks about the
12   footer, marketing footers or the footer ads, they can
13   opt out.  We added pages to our help support files
14   and we also in any other support questions that we
15   get, whether it is on blogs or whether it is on
16   question and answer sites, whenever someone asks, we
17   inform them.
18       Q   Okay.  But it is all -- it is reactive?  In
19   other words, do you do proactive, send an E-mail out
20   on your subscribers or post a notice?
21       A   We did not send an E-mail or post a notice.
22       Q   So the subscriber has to either search for
23   the way to turn it off or call and ask or ask a
24   customer service, IM a customer service rep?
25       A   Yes.  One of our sources, whether
            TSG Reporting - Worldwide   (877) 702-9580
```

Page 26

1  ROY BEN-YOSEPH
2  questions, whether searching help files or going to
3  help files, I should say, to turn that off, yes.
4  Q  Okay.
5  Did AOL do anything, any studies or surveys
6  or type of analysis on the preference of their --
7  let's go generally to E-mail users first, to their,
8  what their reaction would be to these ads prior to
9  the implementation?
10  A  Yes, absolutely.
11  In fact, just concluded in April of this
12  year was a six-month study that took a control group
13  of users and did not put footers on their E-mail and
14  then took a control group of users that had footers
15  in their E-mail and by account number, in general
16  information, saw that their cancel rates, their
17  complaint rates, whether online or through Member
18  Services, as well as their general usage of the
19  service, was basically not materially significant.
20  There was no significant change between those two
21  groups, the control and the test group.  So it is
22  not, it hasn't increased complaints -- it hasn't, it
23  hasn't increased churn or cancellations.
24  And the other really important piece is
25  that we really see what happens in how footers drive
TSG Reporting - Worldwide   (877) 702-9580

Page 27

1  ROY BEN-YOSEPH
2  engagement so if we send footers out; for example,
3  let's take December 2008 as an example, I think
4  footers were clicked on by recipients just over four
5  million times and those actually produced 17, almost
6  17 million page views.  So to describe those terms,
7  when someone gets an E-mail and clicks on a footer,
8  that would be one click.  Once they go to that site,
9  let's say AOL News, they can continue to look through
10  the different areas of the site and each of that time
11  they would see a new page, it is considered a page
12  view.  So we actually see that people get these
13  footers and they click on them and they actually get
14  engaged in the site they're going to, so for some
15  users it is absolutely a benefit and they take
16  advantage of what we offer by showing them the
17  different sites you have in AOL Marketing.  So those
18  are really the two things that come to mind that have
19  really shown the consumer perception of the footer.
20  Q  Okay.  That was a six-month study you
21  said --
22  A  Complete in April so that would make it I
23  believe November through April.
24  Q  Okay.
25  Was there anything done before the ads
TSG Reporting - Worldwide   (877) 702-9580

Page 28

1  ROY BEN-YOSEPH
2  were, the ads were started in '06?
3  A  Yeah.  I think, I don't know the exact
4  timing, but I believe it was sometime in 2008,
5  probably early in the year, probably beginning of
6  2008 there was a general conversation with Member
7  Services to see if we could track down if this is
8  impacting complaints or churn and in general it was a
9  relatively low volume.
10  The other thing, as the person who really
11  manages the product experience around AOL Mail, when
12  there's a problem, I know about it.  People call and
13  have issues on many things, whether it is billing,
14  whether it is E-mail not working, whether it is even
15  footers.  Whenever something gets to a point where we
16  have to do something about it I get a call about it,
17  and I have not gotten a call to say you need to act
18  here, you need to do something, so that's another
19  view to things.
20  Q  Just to clarify, the study you just talked
21  about, the six-month study that ended April of this
22  year --
23  A  Yes, April 2008.  I'm sorry, 2009.  It
24  ended actually April 12, 2009.
25  Q  So you mentioned that study, you mentioned
TSG Reporting - Worldwide   (877) 702-9580

Page 29

1  ROY BEN-YOSEPH
2  a study before that or did I get confused on the
3  dates?
4  A  What I mentioned, when they're talking to
5  Member Services, I don't know if I would call that a
6  study but it was really just a conversation with our
7  Member Services Group to see if there's an impact.
8  And that was a few months after we had launched those
9  marketing footers in December of '07 so it was really
10  taking the pulse of the Member Services organization
11  to see if we had a major issue, which we did not.
12  Q  Is that the first time that you looked at
13  consumers' reactions or preferences?
14  A  I guess in a more formal way.
15  MR. LITVACK:  Consumer reactions or
16  preferences to what?
17  MR. STORTI:  To the ads.
18  MR. LITVACK:  Not consumers' reactions in
19  general, that wasn't your first time looking at
20  it?
21  A  Yes.  I was taking the question to mean
22  consumer reaction to the marketing footer and my
23  answer is or is still in a more formal way we
24  constantly engage in, in fact, general consumer
25  reaction as well as consumer reaction to the footers
TSG Reporting - Worldwide   (877) 702-9580

Case 2:09-cv-03568-CAS-PLA   Document 28-3   Filed 08/19/09   Page 13 of 79   Page ID #:310

Page 34

```
 1              ROY BEN-YOSEPH
 2   day.
 3       Q   So it depends on the day and the customer.
 4   What are the better days?
 5       A   From what I understand, a Monday when
 6   people come back into the office and start reading
 7   their mail is higher than a Sunday or weekend in
 8   general, so Monday is a good day.  There's another
 9   day, there are different levels on each day.  Monday
10   is the one that I know.
11       Q   Do you have or do you know or can you find
12   out the, well, several specific numbers, the number
13   of subscribers who had footer ads placed in their
14   E-mails?
15       A   Speaking of paid subscribers.
16       Q   Paid subscribers.
17       A   I'm not totally sure how to answer the
18   question because the number from cases from when to
19   when, is it now; I mean, I know the number of paid
20   subscribers we have so that is roughly six million
21   but I'm not sure how to answer the question what the
22   bounds are for that question.
23       Q   How many paid subscribers from
24   February-March '06 to now had a footer ad placed in
25   their E-mail?
         TSG Reporting - Worldwide   (877) 702-9580
```

Page 35

```
 1              ROY BEN-YOSEPH
 2       A   I'm not sure how to --
 3           MR. LITVACK:  Generally, as he said, all
 4   E-mail users would have had a footer placed in
 5   an E-mail but for those who have opted out.
 6       Q   Okay.  So --
 7       A   I believe the answer would be six million.
 8           MR. LITVACK:  So basically all of them
 9   except for the opt-outs.  If you want to ask him
10   how many opt-outs, that's the question.
11           MR. STORTI:  I was going to get there.
12       Q   How many opt-outs?
13       A   As of March of this year, just shy of
14   50,000.
15       Q   So in 11 months 50,000 people.  You said
16   April of '08.
17       A   April of '08, yes, sir.
18       Q   In a typical day do you know how many
19   E-mails pass through, are sent from AOL?
20       A   Between 20 and 30 million.  These are sent.
21       Q   E-mails that would have ads?
22       A   Yes.  So E-mails that would have the footer
23   placed on them would be 20 and 30 million.
24           I will add that on average there are two
25   recipients per E-mail.  In other words, when they say
         TSG Reporting - Worldwide   (877) 702-9580
```

Page 36

```
 1              ROY BEN-YOSEPH
 2   20 to 30 million, we actually have double that of
 3   footers attached to them, if that makes sense.
 4       Q   Yes, it does.
 5       A   And two is the average recipient, the
 6   average number of recipients.
 7       Q   You said earlier that the vast minority of
 8   those E-mails are sent from third-party clients.
 9       A   That's right.
10       Q   You can track where that E-mail was sent
11   from, whether it was a third-party client or
12   obviously AOL.
13       A   Yes, we can.
14           The reason the third-party clients don't
15   have that is simply the technology that we haven't
16   built.  It just uses a different system to send mail
17   and we just haven't built the footer system there.
18       Q   To quantify the vast minority out of that
19   20, 30 million, approximately how many are sent from
20   third-party clients?
21       A   An educated guess would be less than two
22   percent.
23       Q   Does AOL have a separate accounting method
24   of tracking third-party ads versus the marketing ads?
25   Do you credit yourself for an expense not incurred or
         TSG Reporting - Worldwide   (877) 702-9580
```

Page 37

```
 1              ROY BEN-YOSEPH
 2   a lost revenue from marketing ads?
 3       A   We do not.  We do not credit ourselves for
 4   expense not earned as you were just saying.
 5       Q   So a marketing ad has -- strike that.
 6           From October of '08, how much revenue has
 7   AOL generated from third-party advertisers?
 8       A   About 1.1 million.
 9           MR. LITVACK:  Michael, is the question
10   before that you wanted to ask him, does he have
11   an estimate of the value of the marketing it did
12   internally that's promotional?
13           MR. STORTI:  Yes.
14           MR. LITVACK:  Can you answer that question?
15       A   I can answer the -- so what we do, I
16   mentioned earlier that we can track clicks and
17   therefore page views to each of the sites.  So taking
18   2008 as an example, there were roughly 227 million
19   page views generated by the footer and we know which
20   pages they went to, whether it is AOL Health, whether
21   it is AOL News or AOL MapQuest, and AOL has a value
22   they assign to each property or each site on what the
23   value is for each thousand page views.  So taking all
24   of that into account and adding those multipliers in
25   there is roughly, in 2008 it is taking it on an
         TSG Reporting - Worldwide   (877) 702-9580
```

Page 54

```
 1        ROY BEN-YOSEPH
 2  two so let's say there are about 20 billion footer
 3  opportunities in a year.
 4       Q   Okay.
 5       A   20 billion.
 6          MR. STORTI:  That's all.  I'm done.
 7          MR. LITVACK:  Nothing further.
 8          MR. STORTI:  Nothing further.
 9          MR. LITVACK:  The witness will read and
10  sign the deposition before any notary.  You are
11  fine with that?
12          MR. STORTI:  Yes.
13          MR. LITVACK:  And if he does not, either of
14  us can use it or you can use the original or a
15  copy of the original in place of the original.
16          MR. STORTI:  Yes.
17          (Whereupon the deposition concluded at
18          12:09 p.m.)
19  ///
20          _____
            ROY BEN-YOSEPH
21
22  Subscribed and sworn to
23  Before me this    day
24  of       200 .
25  _____
26
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 55

```
 1        ROY BEN-YOSEPH
 2  State of California  )
                        ) ss.
 3  County of Los Angeles )
 4
 5      I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.
 6  3522, RPR, CRR, do hereby certify:
 7      That prior to being examined ROY BEN-YOSEPH,
 8  the witness named in the foregoing deposition, was,
 9  before the commencement of the deposition, duly
10  administered an oath in accordance with C.C.P.
11  Section 2094;
12      That the said deposition was taken before me
13  at the time and place therein set forth, and was
14  taken down by me in shorthand and thereafter
15  transcribed into typewriting under my direction and
16  supervision; that the said deposition is a true and
17  correct record of the testimony given by the witness;
18      I further certify that I am neither counsel
19  for, nor in any way related to any party to said
20  action, nor in any way interested in the outcome
21  thereof.
22      IN WITNESS WHEREOF, I have subscribed my
23  name on this 28th day of May, 2009.
24
            _____
25          CSR
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 56

```
 1        ROY BEN-YOSEPH
 2           INDEX
 3
 4  TESTIMONY OF ROY BEN-YOSEPH            PAGE
 5  Examination by Mr. Storti               4
 6  Examination by Mr. Litvack             45
 7  Examination by Mr. Storti              51
 8
 9  (No exhibits offered)
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 57

```
 1        ROY BEN-YOSEPH
 2  NAME OF CASE:  Bronster vs. AOL
 3  DATE OF DEPOSITION:  May 15, 2009
 4  NAME OF WITNESS:  ROY BEN-YOSEPH
 5  Reason Codes:
 6      1. To clarify the record.
        2. To conform to the facts.
 7      3. To correct transcription errors.
 8  Page _____ Line _____ Reason _____
    From _____ to _____
 9
    Page _____ Line _____ Reason _____
10  From _____ to _____
11  Page _____ Line _____ Reason _____
    From _____ to _____
12
    Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15
    Page _____ Line _____ Reason _____
16  From _____ to _____
17  Page _____ Line _____ Reason _____
    From _____ to _____
18  Page _____ Line _____ Reason _____
    From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20  Page _____ Line _____ Reason _____
    From _____ to _____
21
22
            _____
23          ROY BEN-YOSEPH
24
25
         TSG Reporting - Worldwide  (877) 702-9580
```

```
                                                                    Page 57
 1                          ROY BEN-YOSEPH
 2      NAME OF CASE: Bronster vs. AOL
 3      DATE OF DEPOSITION: May 15, 2009
 4      NAME OF WITNESS: ROY BEN-YOSEPH
 5      Reason Codes:
 6              1. To clarify the record.
                2. To conform to the facts.
 7              3. To correct transcription errors.
 8      Page  35   Line  7    Reason  1,2,3
        From  Six             to      Sixteen
 9
        Page   8   Line  24   Reason  3
10      From  folders         to      footers
11      Page  12   Line  13   Reason  3
        From  express         to      press
12
        Page  26   Line  19   Reason  1,3
13      From  Significant     to      different
14      Page  31   Line  15   Reason  3
        From  YETTA.com       to      YEDDA.com
15
        Page  44   Line   3   Reason  3
16      From  regularly       to      randomly
17      Page  ____ Line  ____ Reason ____
        From  _____  to     _____
18      Page  ____ Line  ____ Reason ____
        From  _____  to     _____
19      Page  ____ Line  ____ Reason ____
        From  _____  to     _____
20      Page  ____ Line  ____ Reason ____
        From  _____  to     _____
21
22
                                    [signature]
23                                  ROY BEN-YOSEPH
24
25
```