**Exhibit D**

OFFICIAL NOTICE OF PENDENCY OF CLASS ACTION
AND PROPOSED REVISED SETTLEMENT

**If You Are Currently an AOL Member You Are A Member of A Proposed Settlement and Your Rights May Be Affected.**

- The Proposed Revised Settlement ("Settlement") is on behalf of all current AOL Members. It resolves claims regarding advertising or promotional "footers" that may have been appended to the bottom of your e-mails by AOL.
- This is the same case that you received a notice of in 2009. The Settlement was rejected on the ground that some of the selected charities receiving payments did not have a sufficient connection to the class and the subject matter of the lawsuit. The settlement has been revised to include charities that are connected to the class and the subject matter of the lawsuit.
- AOL ceased its former practice of appending footers in 2010 and has not used them since that time. The Proposed Settlement provides that if AOL re-establishes its former footer practice, it will provide notice to all current AOL Members of the footers and their ability to discontinue the footers via **AOL Keyword: Footer** and **http://footer.aol.com** and that, if AOL re-establishes appending footers to its Members' e-mails, such notice will be provided to all new customers upon their registration of an AOL account.
- The Proposed Settlement provides that AOL shall make donations to several different charities totaling $110,000.
- If you do nothing and this Proposed Settlement is approved by the Court you will be part of the Settlement Class and bound by the terms of the Settlement.
- The Court still has to decide whether to approve the Proposed Settlement. Settlement Class Members will receive the benefits of the Settlement after the Court approves the Settlement.

PLEASE DO <u>NOT</u> CALL OR WRITE DIRECTLY TO THE COURT.

YOUR LEGAL RIGHTS ARE AFFECTED WHETHER OR NOT YOU ACT.
**PLEASE READ THIS NOTICE CAREFULLY.**

**YOUR RIGHTS AND CHOICES:**

| You May | Due Date |
|---|---|
| **1. Do Nothing** (see question #7 and 15) | This space intentionally left blank |
| or **2. Exclude Yourself** (see questions #11 – 13) | *Postmarked* by _____, 2013 |
| or **3. Object to the Settlement** (see question #14) | *Filed and Received* by _____, 2013 |
| or **4. Appear in the Lawsuit** (see question #14) | *Filed and Received* by _____, 2013 |
| | |

1. **WHO SHOULD READ THIS NOTICE?**

If you are presently an AOL customer you should read this notice.  Your legal rights are affected by the proposed Settlement of a class action lawsuit, *Fairchild et al v.  AOL*, Case No. CV09-03568 CAS (PLAx), which is pending in the United States District Court for the Central District of California.  This Notice explains:

- What this Lawsuit is about;
- Who is included in the Settlement;
- How the Settlement will benefit you;
- How to get the benefits of the Settlement; and
- What your legal rights are.


**If you have any questions regarding this Notice, please send an e-mail to** footerlitigation@corp.aol.com, **which will be shared with Settlement Class Counsel**.  If you send an e-mail, please be sure to include the name of the lawsuit (*Fairchild v.  AOL*) in the Subject Line.  However, please read the entire Notice before writing.

**PLEASE DO NOT CALL OR WRITE DIRECTLY TO
THE COURT OR THE CLERK'S OFFICE.**

2. **WHAT IS THIS LAWSUIT ABOUT?**

This Lawsuit was brought by Plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Larry Gerrard against Defendant AOL LLC, now known as AOL Inc.  Plaintiffs allege that (1) the failure to inform them that AOL would insert e-mail footers in their sent e-mails and (2) the insertion of such footers, violate the law.

AOL denies Plaintiffs' allegations and maintains that it acted in accordance with all laws and regulations.

3. **WHO REPRESENTS ME IN THIS CASE?**

The Court has appointed the following attorneys in the Fairchild Action to act as Settlement Class Counsel who may be reached at *footerlitigation@corp.aol.com*:

>Glenn Nunes
>The Nunes Law Group
>1 Sansome Street, Suite 3500
>San Francisco, CA  94104
>(415) 946-8894
>
>Christopher J.  Hamner, Esq.
>Kimberly A. Westmoreland, Esq.
>Hamner Law Offfices
>555 W. 5th Street, 31st Floor
>Los Angeles, CA  90013
>(213) 533-4160
>
>Brian Kabateck, Esq.
>Richard Kellner, Esq.
>Kabateck Brown Kellner LLP
>644 South Figueroa Street
>Los Angeles, CA 90017
>(213) 217-5000

Each of these counsel may be reached at *footerlitigation@corp.aol.com*.

**4.     WHY IS THERE A SETTLEMENT?**

The Court has not decided who is right or wrong in this lawsuit. Instead, the Settlement Class Representatives and AOL agreed to a Settlement, which was preliminarily approved by the Court on _____, **2013.** As a result of the Settlement, all parties avoid the costs of further litigation and risks of a trial and Settlement Class members may obtain the benefits of the Settlement.

The Settlement Class Representatives believe that the case has merit and that the evidence supports their claims. The Settlement Class representatives determined that the Proposed Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. If AOL re-establishes its former practice of appending e-mail footers, the Settlement will permit Plaintiffs and the Settlement Class Members to receive full and complete disclosure of this practice and the ability simply and easily to discontinue these footers, without the time, risk and expense of litigation. AOL has also agreed to contribute significant sums to 6 charities as part of this settlement.

AOL does not believe that Plaintiffs' claims have factual or legal merit. However, AOL desires to avoid unnecessary litigation costs while also ensuring that, if it re-establishes its practice of appending e-mail footers, adequate steps are taken to ensure that consumers are fully aware of the footers and their ability to discontinue them.

In an effort to resolve this matter, the parties engaged The Hon. Dickran Tevrezian (Ret.), U.S. District Judge for the Central District of California, to mediate a resolution. The parties were thereby able to negotiate a settlement.

**5.     HOW DO I KNOW IF I AM PART OF THE SETTLEMENT?**

If you are a current AOL member you are in the Class and are part of this Settlement.

**6.     WHAT DOES THE SETTLEMENT PROVIDE AND HOW WILL I RECEIVE THE BENEFITS?**

AOL ceased its former practice of appending footers in 2010 and has not used them since that time. The Proposed Settlement provides that if AOL re-establishes its former footer practice, it will provide notice to all current AOL Members of the footers and their ability to discontinue the footers via **AOL Keyword: Footer** and **http://footer.aol.com** and that, if AOL re-establishes appending footers to its Members' e-mails, such notice will be provided to all new customers upon their registration of an AOL account. A copy of the this settlement agreement has been posted at www.aole-mailfootersettlement.com and at http://legal.web.aol.com/Footersettlement.pdf

**7.     HOW CAN I GET THE BENEFITS OF THE SETTLEMENT?**

To obtain the benefits of this Settlement all you need to do is not opt-out of this Settlement.

**8.     WHEN WILL I GET THE BENEFITS OF THIS SETTLEMENT?**

AOL has already discontinued its practice of using promotional email footers. If the Court approves the Settlement and AOL chooses to start using email footers again, AOL will send you a notice explaining how to discontinue the footers.

**9.     AM I GIVING ANYTHING UP IN EXCHANGE FOR THE BENEFITS OF THE SETTLEMENT?**

Yes. If the Court approves the Settlement, it will enter a judgment dismissing the lawsuit with prejudice as to all Settlement Class Members and releasing all claims they may have against AOL regarding advertising or promotional footers that may have been appended to the bottom of their e-mails by AOL. In other words, by remaining in the Settlement Class, all of the Court's Orders will apply to you and you will thereby release all claims that you may have regarding advertising or promotional footers that may have been appended to the bottom of your e-mails by AOL, thereby barring you from bringing your own lawsuit based on such claims.

**10.     IF I CURRENTLY USE AOL, WILL THIS SETTLEMENT CANCEL OR INTERRUPT MY SUBSCRIPTION?**

No. Neither the Settlement nor this lawsuit affects your ongoing online service.  If you have any questions about your existing subscription, please contact AOL Member Services.

**11.     CAN I GET OUT OF THE SETTLEMENT AND THE SETTLEMENT CLASS?**

Yes.  You may request to be excluded from the Settlement and the Settlement Class.  If you exclude yourself, you will not receive any of the benefits of the Settlement.  You will still have the right to bring your own lawsuit.  The deadline to exclude yourself is _____, 2013.

**12.     HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?**

To exclude yourself, you must, no later than _____, 2013, send an e-mail to settlementoptout@corp.aol.com requesting exclusion from the Settlement.

Your e-mail should include all of the following:

- Your name, address and telephone number;
- A statement that you wish to be excluded from the lawsuit and the Settlement.

**13.     IF I EXCLUDE MYSELF, CAN I OBTAIN THE BENEFITS OF, OR COMMENT ON, THE SETTLEMENT?**

No. If you exclude yourself, you are no longer part of the Class or the Settlement.  You will not receive any benefits from the Settlement and the Court will not consider your comments in support of or in opposition to the Settlement.

**14.     CAN I TELL THE COURT IF I SUPPORT OR OBJECT TO THE SETTLEMENT OR THAT I WANT TO APPEAR AT THE FINAL SETTLEMENT APPROVAL HEARING?**

Yes.  So long as you do not exclude yourself, you can tell the Court that you support or object to the Settlement or some part of it.

To comment in support of, or in opposition to, the Settlement, you must file a letter with the Clerk of the Court, United States District Court for the Central District of California, Western Division, 312 North Spring Street Los Angeles, California 90012 on or before _____, 2013, and mail a copy to: AOL E-mail Footer Litigation Settlement, P.O.  Box 65771, Sterling, VA 20165-8806.  Your letter must be received no later than_____, 2013.

Your letter should include all of the following:

- Your name, address and telephone number;
- The name and number of the lawsuit: Fairchild v.  AOL, Case No. CV 09-03568 CAS (PLAx);
- A statement of the reasons why you believe the Settlement is or is not fair, reasonable, or adequate; **and**
- A statement regarding whether you (or your lawyer) wish to speak at the Settlement Fairness Hearing.

If you object, you may, but are not required to, appear at the Final Approval Hearing, either in person or through an attorney retained and paid by you.  The Fairness Hearing will take place on _____, 2013 at _____.       The Court is located at 312 North Spring Street Los Angeles, California 90012, Courtroom 5.  If you or your attorney intend to appear at the Final Approval Hearing, you or your attorney must file a written Notice of Intention to Appear, together with any supporting legal memoranda and evidence, with the Clerk of the Court no later than_____, 2013, and mail a copy to: AOL E-mail Footer Litigation Settlement, P.O.  Box 65771, Sterling, VA 20165-8806.  The Notice of Intention to Appear must be received no later than \_\_\_\_, 2013.  If you do not appear at the hearing, you waive the right to appeal.

**15.    WHAT HAPPENS IF I DO NOTHING AT ALL?**

If you do nothing, you will receive any and all benefits under the Settlement, and you will be subject to the Release (described in # 9).

**16.    IF I WANT TO KEEP THE E-MAIL FOOTERS WILL I BE ABLE TO?**

No.  AOL has already discontinued its former practice of using promotional e-mail footers.

**17.    WHO PAYS THE LAWYERS AND HOW MUCH WILL THEY BE PAID?**

Under the original Settlement approved by the Court, the Court awarded the lawyers for the Settlement Class $320,000 in fees and costs that they incurred over the course of this lawsuit.  AOL has already paid these fees and costs, and the parties agree that no additional fees or costs will be sought in this case.  In addition AOL will pay $110,000 in charitable donations and the costs of administering the Settlement, including the notice process.  AOL's payment of attorneys' fees and litigation costs will not reduce any amounts paid or credited to the Charities.

**18.    WHAT DO THE CLASS REPRESENTATIVE GET OUT OF THIS LAWSUIT?**

Under the settlement, the class representatives do not receive any direct payment.  Instead, AOL will donate money to the charity of each class representative's choice. The relationships between the class representatives and their selected charities are as follows: (1) Dawn Fairchild is employed at her designated charity the New Roads School of Santa Monica; (2) Robert Nachshin's wife is on the Board of Trustees of his designated charity the New Roads School of Santa Monica, (3) Brian Geers has previously personally supported his designated charity the Oklahoma Indian Legal Services; and (4) Lawrence Gerard has previously worked at his designated charity the Friars Foundation.

**19.    WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**

A Fairness Hearing will be held at _____. on _____, 2013.  The Court is located at 312 North Spring Street, Los Angeles, California 90012, Courtroom 5.  At the Fairness Hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate to Settlement Class Members.  As part of making this determination, the Court will consider the views of Settlement Class Members both in favor of and opposed to the Settlement.  After the hearing, the Court will decide whether to approve the Settlement.

**20.    HOW DO I GET MORE INFORMATION?**

This Notice only provides a summary of the Settlement.  The full terms of the Settlement are set forth in the Settlement Agreement.  To assist you, a copy of the Settlement Agreement has been posted at www.aole-mailfootersettlement.com and at http://legal.web.aol.com/Footersettlement.pdf.  Additionally, you can read the Settlement Agreement and the other documents in this lawsuit during regular business hours, at the Clerk of the Court, United States District Court for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, California 90012 (fees may apply for copies of these documents).

**PLEASE DO NOT CALL THE COURT OR THE COURT CLERK.**

THIS NOTICE IS NOT AN EXPRESSION BY THE COURT AS TO
THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT.

Dated: _____, 2013                                                                   By Order of the Court
                                                                                                        THE HONORABLE CHRISTINA A.  SNYDER