**Exhibit E**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD and ROBERT NACHSHIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: CV09-03568 CAS (PLAx)<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAWN FAIRCHILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**<br><br>Date: June 29, 2009<br>Time: 10:00 a.m.<br>Dept.: 5<br><br>Complaint filed: May 19, 2009 |

Case No.: CV09-03568 CAS (PLAx)

| | |
|---|---|
| 1 | **DECLARATION OF DAWN FAIRCHILD** |
| 2 | |
| 3 | I, Dawn Fairchild, declare as follows: |
| 4 | |
| 5 | 1.  I am over the age of 18 and a resident of California. I make this |
| 6 | declaration of my personal and first-hand knowledge, and, if called and sworn as a |
| 7 | witness, I would and could testify competently hereto. |
| 8 | 2.  I am one of the named plaintiffs in the above entitled action. |
| 9 | 3.  I am a current AOL member and have paid for AOL services after |
| 10 | February 1, 2006. The emails I send from my AOL email account contain advertising |
| 11 | in the form of footers attached to the bottom of the e-mails. These footers are inserted |
| 12 | into the e-mails automatically and without my consent. At the time I signed up for an |
| 13 | AOL account, I was unaware that AOL would insert such footers into my e-mails. |
| 14 | AOL did not inform me of the ability to turn off the email footer advertisements. |
| 15 | 4.  I am willing and able to serve as one of the Class Representatives in this |
| 16 | litigation. I understand the duties of the Class Representative, including the duty to |
| 17 | prosecute this case on behalf of the entire putative class, and I understand the |
| 18 | allegations in this case. I have been and remain able and prepared to continue to work |
| 19 | with my attorneys to stay informed about the issues in this case and to provide |
| 20 | relevant documents and testimony when they are requested. |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | |
| 28 | |

Case No.: CV09-03568 CAS (PLAx)

5. I understand and approve the terms of the proposed settlement. I understand that like the remainder of the proposed class that I do not personally receive any monies under this settlement rather all of the monies go to charity.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, executed on June 6, 2009 in Los Angeles, California.

Dawn Fairchild

2