**Exhibit F**

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD and ROBERT NACHSHIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: CV09-03568 CAS (PLAx)<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT NACHSHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**<br><br>Date:   June 29, 2009<br>Time:   10:00 a.m.<br>Dept.:   5<br><br><br>Complaint filed: May 19, 2009 |

Case No.: CV09-03568 CAS (PLAx)

|   |   |
|---|---|
| 1 | **DECLARATION OF ROBERT NACHSHIN** |
| 2 |   |
| 3 | I, Robert Nachshin, declare as follows: |
| 4 |   |
| 5 | 1.   I am over the age of 18 and a resident of California. I make this |
| 6 | declaration of my personal and first-hand knowledge, and, if called and sworn as a |
| 7 | witness, I would and could testify competently hereto. |
| 8 | 2.   I am one of the named plaintiffs in the above entitled action. |
| 9 | 3.   I am a paid AOL subscriber. The emails I send from my AOL email |
| 10 | account contain advertising in the form of footers attached to the bottom of the e- |
| 11 | mails. These footers are inserted into the e-mails automatically and without my |
| 12 | consent. At the time I signed up for an AOL account, I was unaware that AOL would |
| 13 | insert such footers into my e-mails. AOL did not inform me of the ability to turn off |
| 14 | the email footer advertisements. |
| 15 | 4.   I am willing and able to serve as one of the Class Representatives in this |
| 16 | litigation. I understand the duties of the Class Representative, including the duty to |
| 17 | prosecute this case on behalf of the entire putative class, and I understand the |
| 18 | allegations in this case. I have been and remain able and prepared to continue to work |
| 19 | with my attorneys to stay informed about the issues in this case and to provide |
| 20 | relevant documents and testimony when they are requested. |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 |   |
| 28 |   |

Case No.: CV09-03568 CAS (PLAx)

1

5. I understand and approve the terms of the proposed settlement. I understand that like the remainder of the proposed class that I do not personally receive any monies under this settlement rather all of the monies go to charity.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, executed on June ___, 2009 in Los Angeles, California.

Robert Nachshin

2