KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK (State Bar No. 152054)
bsk@kbklawyers.com
RICHARD L. KELLNER (State Bar No. 171416)
rlk@kbklawyers.com
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213.217.5000/Facsimile: 213.217.5010

THE NUNES LAW GROUP
GLENN C. NUNES (State Bar No. 210453)
glenn@nuneslawgroup.com
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: 415.946.8894/Facsimile: 415.946.8801

HAMNER LAW OFFICES, APC
CHRISTOPHER J. HAMNER (State Bar No. 197117)
chamner@hamnerlaw.com
555 W. 5th Street, 31st Floor
Los Angeles, CA 90013
Telephone: 213.533.4160/Facsimile: 213.533.4167

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. CV 09-03568 CAS (PLAx)<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT AND FINAL SETTLEMENT HEARING<br><br>Date: August 26, 2013<br>Time: 10:00 a.m.<br>Dept.: 5<br><br>Honorable Christina A. Snyder |

601944511v1

The parties to this action have agreed to settle this lawsuit. Based upon an examination of the Revised Class Action Settlement Agreement ("proposed settlement") between Plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard ("Plaintiffs") and AOL Inc., formerly known as AOL LLC, ("AOL"), and upon an examination of Plaintiffs' Motion for Preliminary Approval of Proposed Revised Class Action Settlement ("Motion for Preliminary Approval") and all supporting papers submitted therewith, and finding good cause,

IT IS HEREBY ORDERED AS FOLLOWS:

## I.   PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Plaintiffs' Motion for Preliminary Approval is hereby GRANTED. It appears to the Court, based upon the materials and information submitted by Plaintiffs, that the proposed settlement is within the range of possible judicial approval; appears to be the product of serious, informed, non-collusive negotiations; has no obvious deficiencies; and does not improperly grant preferential treatment to the Settlement Class Representatives (as defined below in Section II), or any segment of the Settlement Class (as defined below in Section II), such that preliminary approval of the proposed settlement, notice of the proposed settlement to the Settlement Class, and the scheduling of a formal fairness hearing is appropriate.

### A.   Notice of Proposed Settlement

AOL shall have 30 days from the date of the issuance of this Order to provide notice of the proposed settlement to the Settlement Class ("Notice") in the form and manner set forth below. The Court finds that the form and manner of the Notice set forth below meets the notice requirement of Federal Rule of Civil Procedure 23 and of due process.

#### *1.   Form of Notice*

AOL shall provide Notice in substantially the form of Attachment A ("Settlement Notice") to this Order.

601944511v1

- 2 -

Case No. CV 09-03568 CAS (PLAx)
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT AND FINAL SETTLEMENT HEARING

### 2. *Manner of Notice*

AOL shall send the Notice to each member of the Settlement Class by electronic mail to the electronic mail address corresponding to the AOL account of each Settlement Class member.

AOL shall also post the Settlement Notice on the publicly accessible website with the URL www.aole-mailfootersettlement.com.

### B. Objections to the Proposed Settlement

Members of the Settlement Class who wish to object to the proposed settlement shall do so in writing in the manner set forth in the Settlement Notice. Written objections, and any supporting materials that the objector wishes the Court to consider prior to its determination of whether the proposed settlement shall be granted final approval, must be filed with the Clerk of the Court on or before _____, 2013.

### C. Opting Out of the Settlement Class

Members of the Settlement Class who wish to opt out of the Settlement Class shall do via electronic mail in the manner set forth in the Settlement Notice. Requests to be excluded from the Settlement Class must be submitted by _____, 20013 [90 days from the issuance of this Order]. On _____, 20013, AOL shall file with the court, and simultaneously serve on Plaintiff, a list of all persons who submitted a valid and timely request to be excluded from the Settlement Class.

### D. Fairness Hearing

On _____, 2013 at _____ in Courtroom 5, located at 312 N. Spring Street, Los Angeles, CA 90012, the Court shall conduct a fairness hearing pursuant to Federal Rules of Civil Procedure 23(e) ("the Fairness Hearing").

No later than 15 days prior to the date of the scheduled Fairness Hearing, the parties, either jointly or separately, may file with the Court any statement of facts,

601944511v1

- 3 -

Case No. CV 09-03568 CAS (PLAx)
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT AND FINAL SETTLEMENT HEARING

memorandum of law, affidavit, declaration, exhibit, or other documentary evidence in support of their contention that the proposed settlement is adequate, fair, and reasonable.

No later than 15 days prior to the date of the scheduled Fairness Hearing, each party may also file with the Court a list of experts and witnesses which that party wishes to present at the Fairness Hearing in support of its contention that the proposed settlement is adequate, fair, and reasonable. Said list shall also be accompanied with a short summary of the expected testimony to be presented by each expert and witness.

### E.   Final Approval of Settlement

Pending final approval of the proposed settlement, no member of the Settlement Class, either individually, derivatively, in a representative capacity, or in any other capacity, shall commence any action, or proceed with any action currently pending, in any court or tribunal against AOL, asserting any of the claims waived or released under the terms of the Settlement Agreement.

In the event the Settlement Agreement terminates pursuant to its terms for any reason, including but not limited to the Parties' failure to obtain final approval of the proposed settlement, the certification of the Settlement Class for settlement purposes pursuant to Section II of this Order shall be vacated automatically and this action shall revert to its status immediately prior to the execution of the Settlement Agreement.  Nothing contained in this Order is or may be construed as an admission or concession by or against AOL on any point of fact or law.

This Court shall retain jurisdiction over the parties and this matter for the purpose of (1) enforcing the Agreement and any Order issued by this Court in connection therewith, and (2) adjudicating any dispute between the parties to this action arising out of the Agreement.

601944511v1

- 4 -

Case No. CV 09-03568 CAS (PLAx)
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT AND FINAL SETTLEMENT HEARING

## II. CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY

Having reviewed Plaintiffs' request for certification of the class for settlement purposes only, the Court finds that class certification for settlement purposes only is appropriate and that the class requirements of Federal Rule of Civil Procedure 23 are satisfied in that:

1. The Settlement Class (as defined below) is so numerous that joinder of all members is impracticable.

2. There are questions of law or fact common to the Settlement Class.

3. The claims of the Settlement Class Representatives are typical of the claims of the Settlement Class. For purposes of this Order, the term "Settlement Class Representatives" means Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard, the named plaintiffs in this action.

4. The Settlement Class Representatives will fairly and adequately protect the interests of the Settlement Class.

5. The questions of law or fact common to the members of the Settlement Class predominate over the questions affecting only individual members.

6. Certification of the Settlement Class is superior to other available methods for the fair and efficient adjudication of the controversy.

The Settlement Class Representatives shall be the representative of the Settlement Class for the purposes of implementing the settlement in accordance with the Settlement Agreement, their counsel of record are appointed as counsel for the Settlement Class ("Class Counsel").

601944511v1

- 5 -

Case No. CV 09-03568 CAS (PLAx)
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT AND FINAL SETTLEMENT HEARING

1   Accordingly, this Court hereby certifies a Settlement Class for settlement
2   purposes only that is defined as: All current AOL members.

4   Dated: _____, 2013

_____
Hon. Christine A. Snyder
Judge of the United States District Court

601944511v1 - 6 -

Case No. CV 09-03568 CAS (PLAx)
[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF REVISED CLASS ACTION SETTLEMENT,
PROVISIONALLY CERTIFYING CLASS FOR SETTLEMENT
PURPOSES, AND PROVIDING FOR NOTICE OF PROPOSED
SETTLEMENT AND FINAL SETTLEMENT HEARING