PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK D. LITVACK (STATE BAR NO. 183652)
mark.litvack@pillsburylaw.com
MARIAH L. BRANDT (STATE BAR NO. 224076)
mariah.brandt@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant
AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, on behalf of themselves and all other similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>AOL, LLC, a Delaware Limited Liability Company; and DOES 1 through 10 inclusive,<br><br>                Defendants. | No. CV 09-03568 CAS (PLAx)<br><br>**[PROPOSED] ORDER SHORTENING TIME TO HEAR MOTION FOR PRELIMINARY CLASS CERTIFICATION**<br><br>Date:   August 26, 2013<br>Time:  10:00 a.m.<br>Dept.:  5<br><br>Hon. Christina A. Snyder |

## **ORDER**

The parties having stipulated thereto and good cause appearing:

**IT IS SO ORDERED** that Plaintiffs' Motion for Preliminary Approval of Revised Class Action Settlement may be heard on shortened notice on August 26, 2013 at 10:00 A.M.

Dated: August 1, 2013

*/s/ Christina A. Snyder*

Honorable Christina A. Snyder
Judge of the United States District Court