THEODORE H. FRANK (SBN 196332)
    tedfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
(703) 203-3848

Attorney for Objector Darren McKinney

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dawn Fairchild, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> AOL, LLC, <br><br> *Defendant*. <br><br> Darren McKinney, <br><br> *Objector*. | Case No. CV09-03568 CAS (PLAx) <br><br> **CLASS ACTION** <br><br> **Withdrawal of Statement by Darren McKinney** <br><br> Judge:    Honorable Christina A. Snyder <br> Date:     December 28, 2009 <br> Time:    10:00 a.m. <br> Courtroom: 5 |

Earlier today, Darren McKinney filed a statement regarding the motion for preliminary approval. Dkt. 71. That statement mistakenly indicated that counsel for the settling parties had not previously contacted McKinney's counsel; counsel for AOL has since reminded McKinney's counsel that he had had a phone conversation about the modified settlement that McKinney's counsel had forgotten. McKinney withdraws his filing of August 12, 2013. Neither McKinney nor his counsel have received any consideration for this withdrawal.

Dated: August 12, 2013

Respectfully submitted,

*/s/Theodore H. Frank*
Theodore H. Frank (SB 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
(703) 203-3848
Attorney for Objector Darren McKinney

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

DATED this 12th day of August, 2013.

                                         *(s) Theodore H. Frank*
                                         Theodore H. Frank