JANEL BUYCKS
P.O. BOX 7471
LONG BEACH, CA 90807
TELEPHONE: (323) 470-4004

FILED

2013 AUG 23  PM 3: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORINA

WESTERN DIVISION

| | |
|---|---|
| DAWN FAIRCHILD, ROBERT NACHSHIN, BRIAN GEERS and LAURENCE GERARD, et. al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>AOL, LLC, a Delaware Limited Liability Company,<br><br>          Defendant | Case No.:  CV 09-03568 CAS (PLAx)<br><br>DECLARATION OF JANEL BUYCKS IN OPPOSITION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED REVISED CLASS ACTION SETTLEMENT AND TO ALL DECLARANTS REGARDING SETTLEMENT AGREEMENT CY PRES.<br><br>Honorable Christine A. Synder |

I, JANEL BUYCKS, declare:

1. I am the Founder and President of Imitators of God Foundation, Inc. (I.O.G.), a California based organization that serves the general public, especially in the inner cities.  The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. This declaration serves to provide that I.O.G. has a direct pecuniary interest in the outcome of this case.

3. This declaration serves to provide that the court with information concerning the proposed Settlement Agreement in the above-referenced matter, and specifically concerning Imitators of God fitness to serve as a recipient of a *cy pres* award in that matter as referenced in paragraph 23 of the Agreement.

4. I.O.G. is a California –based nonprofit, nonpartisan organization on the cutting edge of providing advanced technology and innovation to the underprivileged and seniors with new create opportunities to boost economic growth. I.O.G. is an active resource in partnering with other think tank organizations, ministries, and even churches in developing new and advanced technology in hopes of providing an influential platform that would encourage seniors to become more active in utilizing the Internet and promoting business amongst small business owners.

5. The proposed Settlement benefit the approximately sixty-six million Class Members and is not fair, reasonable, and adequate compromise as majority of the Class Members are elderly and of African-American descent.

6. Based upon the record, the *cy pres* doctrine allows a court to distribute unclaimed or non-distributable portions of a class action settlement fund to the "next best" class of beneficiaries. *Cy pres* distributions must account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes and the interests of the silent class members, including their geographic diversity. However, based upon the *cy pres* distributions, such distributions does not comport to the *cy pres* distribution standards.

7. The interests of the silent class members, including their geographic diversity have been eluded.

8. Although I.O.G. has not done substantial work on issues related to Internet privacy and the use of data to address key social challenges, such as improving healthcare, our mission in providing a financial and recreational resource to seniors, 60 years and older, to support them in living fulfilled lives as

missionaries and in exploring new talents through computer technology (cyber seniors). Over half of the Class Members used in certifying this class action are elderly and African-American descent who

9. The court has determined that the cost to distribute monetary payments would far exceed the maximum potential recovery for more than 66 million AOL subscribers.

10. The *cy pres* distribution in this case failed to meet any of the guiding standards in *Six Mexican Workers*. Additionally, the proposed awards fail to (1) address the objectives of the underlying statutes, (2) target the plaintiff class, or (3) provide reasonable certainty that any member will be benefitted.

11. Because the court could not determine how to develop an appropriate way to escheat *cy pres* funds, the proposed plan for distributing *cy pres* was to initiated, which would "permit distribution to areas where the class members may live," in hopes of Class Members benefiting and supporting the mission and vision of I.O.G. for the community at large.

12. Although the record demonstrates that the record gives no indication that Mr. Snyder had a financial interest in the subject matter in controversy, the record does indicate that such information is a conflict of interest as the $25,000 distributed to the Los Angeles Foundation of Legal Aid (LAFLA) supported their mission and vision.

13. I.O.G. will ensure that any distribution of *cy pres* benefits AOL subscribers

14. I.O.G. is a 501(C)(3) nonprofit organization.

15. I.O.G. has no relationship with any of the names Class Representatives.

16. Imitators of God Foundation, Inc. has no relationship with AOL.

17. In this instant case, I.O.G. should be considered with all other Declarants in receiving *cy pres* funds as one of the Declarants has a relationship with an Officer at AOL, LLC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 23rd day of August, 2013

JANEL BUYCKS, In Pro Per

DECLARATION OF JANEL BUYCKS.

## PROOF OF SERVICE BY MAIL

No.: CV 09-03568 CAS (PLAx)

**COURT:** UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place, in the State of California, United States of America.

My residence or mailing address is:

**14532 Friars Street, Suite D1**
**Sherman Oaks, CA 91401**

I served a copy of the following documents or letters:

**DECLARATION OF JANEL BUYCKS IN OPPOSITION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED REVISED CLASS ACTION SETTLEMENT AND TO ALL DECLARANTS REGARDING SETTLEMENT AGREEMENT CY PRES.**

Notice was electronically mailed to:

Alfredo Torrijos        atorrijos@aogllp.com

Brian S. Kabateck        bsk@kbklawyers.com

Christopher J. Hamner        chamner@hamnerlaw.com

Glenn C. Nunes        glenn@nuneslawgroup.com

Mariah L. Brandt        Mariah.brandt@pillsburylaw.com, sherette.duffus@pillsburylaw.com

Mark D. Litvak        mark.litvack@pillsburylaw.com, donna.colon@pillsburylaw.com

Michael V. Storti        ms@stortilaw.com

Richard L. Kellner        rlk@kbklawyers.com, icd@kbklawyers.com

Theodore H. Frank        tedfrank@gmail.com, dngrnbrg@gmail.com, shuyande24@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States, that the foregoing is both, true and correct.

Dated: August 23, 2013

David Wertheimer - Declarant

– 5 –
DECLARATION OF JANEL BUYCKS.



David Wertheimer< docwertheimer@gmail.com>

# DECLARATION OF JANEL BUYCKS IN OPPOSITION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED REVISED CLASS ACTION SETTLEMENT AND TO ALL DECLARANTS REGARDING SETTLEMENT AGREEMENT CY PRES

**David Wertheimer**< docwertheimer@gmail.com>                         Fri, Aug 23, 2013 at 2:35 PM
To: atorrijos@aogllp.com, bsk@kbklawyers.com, chamner@hamnerlaw.com, glenn@nuneslawgroup.com,
Mariah.brandt@pillsburylaw.com, sherette.duffus@pillsburylaw.com, mark.litvack@pillsburylaw.com,
donna.colon@pillsburylaw.com, ms@stortilaw.com, rlk@kbklawyers.com, icd@kbklawyers.com,
tedfrank@gmail.com, dngrnbrg@gmail.com, shuyande24@gmail.com

SEE ATTACHMENT

PROOF OF SERVICE BY ELECTRONIC SUBMISSION

David Wertheimer - Declarant

📄 **Declaration of Opposition to Settlement Agreement Cy Pres.pdf**
   187K