1   Brian S. Kabateck (State Bar No. 152054)
    bsk@kbklawyers.com
2   Richard L. Kellner (State Bar No. 171416)
    rlk@kbklawyers.com
3   KABATECK BROWN KELLNER LLP
    644 South Figueroa Street
4   Los Angeles, CA  90017
    Telephone:  213.217.5000
5   Facsimile:  213.217.5010

6   Glenn C. Nunes (State Bar No. 210453)
    glenn@nuneslawgroup.com
7   THE NUNES LAW GROUP
    1 Sansome Street, Suite 3500
8   San Francisco, CA  94104
    Telephone:  415.946.8894
9   Facsimile:  415.946.8801

10  Christopher J. Hamner (State Bar No. 197117)
    chamner@hamnerlaw.com
11  HAMNER LAW OFFICES, APC
    555 W. 5th Street, 31st Floor
12  Los Angeles, CA  90013
    Telephone:  213.533.4160
13  Facsimile:  213.533.4167

14  Attorneys for Plaintiffs and the Proposed Class

15              UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17                  WESTERN DIVISION

18  _____

19  DAWN FAIRCHILD, ROBERT          )  No. CV 09-03568 CAS (PLAx)
    NACHSHIN, BRIAN GEERS and       )
20  LAURENCE GERARD, on behalf of   )  PLAINTIFFS' NOTICE OF
    themselves and all other similarly )  MOTION AND MOTION FOR
21  situated,                       )  FINAL APPROVAL OF
                                    )  REVISED CLASS ACTION
22                    Plaintiffs,   )  SETTLEMENT
                                    )
23        vs.                       )  Date:     December 23, 2013
                                    )  Time:     12:00 p.m.
24  AOL, LLC, a Delaware Limited    )  CrtRm:    5
    Liability Company; and DOES 1   )
25  through 10 inclusive,           )  Honorable Christina A. Snyder
                                    )
26                    Defendants.   )
    _____)

27

28

602147264v1

Case No. CV 09-03568 CAS (PLAx)
PLAINTIFFS' NOTICE OF MOTION & MOTION FOR FINAL
APPROVAL OF REVISED CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on December 23, 2013, at 12:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 5 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs Dawn Fairchild, Robert Nachshin, Brian Geers and Laurence Gerard, will, and hereby do, move this Court for an Order (1) granting final approval of the proposed Revised Class Action Settlement which was preliminarily approved on September 4, 2013, (2) providing for the orderly performance and enforcement of the terms and conditions of the settlement as set forth in the Revised Class Action Settlement Agreement, (3) entering judgment as to Plaintiffs and the Class, and (4) dismissing the instant Lawsuit with prejudice.

This Motion is based on the accompanying Memorandum of Points and Authorities; the Declaration of Richard L. Kellner; all other records, pleadings, and papers on file in this action; and on such other evidence or argument as may be presented to the Court at the hearing of this motion.

The parties have met and conferred pursuant to L.R. 7-3 regarding the instant motion.

Defendant AOL Inc., formerly known as AOL, LLC, does not oppose this Motion.


Dated:  December 9, 2013        KABATECK BROWN KELLNER, LLP
                                BRIAN S. KABATECK
                                RICHARD L. KELLNER

                                By:     /s/ Richard L. Kellner
                                         Richard L. Kellner
                                *Attorneys for Plaintiffs and the Settlement Class*

1

2

Dated:  December 9, 2013

THE NUNES LAW GROUP
GLENN C. NUNES

3

4

By:   ___/s/ Glenn C. Nunes_____
            Glenn C. Nunes
*Attorneys for Plaintiffs and the Settlement Class*

5

6

Dated:  December 9, 2013

HAMNER LAW OFFICES, APC
CHRISTOPHER J. HAMNER

7

8

9

By:   _____/s/ Christopher J. Hamner_____
            Christopher J. Hamner
*Attorneys for Plaintiffs and the Settlement Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

602147264v1

2

Case No. CV 09-03568 CAS (PLAx)
MEMORANDUM OF POINTS & AUTHORITIES I/S/O
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF REVISED
CLASS ACTION SETTLEMENT