# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
--------------------------x
RANDE BRONSTER and ROBERT )
NACHSHIN, on behalf of    )
themselves and all others )
similarly situated,       )
                          )
                          )
             Plaintiffs,  )
                          )
                          )No. CV 09-03568 CAS (AGRx)
                          )
AOL, LLC, a Delaware      )
Limited Liability         )
Company; and DOES 1       )
through 10, inclusive,    )
                          )
             Defendants.  )
--------------------------x
```

DEPOSITION OF ROY BEN-YOSEPH
Los Angeles, California
Friday, May 15, 2009

Reported by:
SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
JOB NO. 22884

**ROY BEN-YOSEPH**

A No.

**Q Okay. So who is your current employer?**

A AOL.

**Q How long have you been employed with AOL?**

A About eight and a half years.

**Q What's your current position?**

A I'm Vice President of E-mail products.

**Q And generally what are your job duties?**

A My team manages the product and product management aspects of AOL Mail so we determine strategy and technical direction of our mail products, as well as I've got a set of folks who manage business operations.

**Q Okay. How long have you been in that position?**

A I have been in the position of V.P. since March of 2007.

**Q A little over two years?**

A That's right, yes.

**Q And prior to that with AOL what was your position?**

A I was Director of Mail Products.

**Q And what did your job entail as Director?**

A It was a similar job that I have today,

ROY BEN-YOSEPH

different title.

**Q Same job?**

A Same job.

**Q Okay. And before that?**

A I was Director of Access Product Management.

**Q Generally what was that?**

A It was Product Management of several products including the AOL Client, Mail, Connectivity and several other products.

**Q When you say "Access," it is --**

A To the AOL service.

**Q Before that, was that your first job with AOL?**

A No, I was Principal Product Manager of E-mail.

**Q Was that your first job?**

A Before that I was Senior Project Manager of E-mail and that was my first job at AOL.

**Q Okay. Briefly what's your educational background?**

A I have an M.B.A. from Emory University and a J.D. from Emory University Law School and I have a B.S. in math from Florida Atlantic University.

ROY BEN-YOSEPH

**Q Okay. So among other things AOL offers E-mail service, correct?**

A That's right.

**Q And does AOL offer a free E-mail service?**

A Yes.

**Q Okay. Does it also offer a paid E-mail service?**

A AOL offers an E-mail service that is offered to users whether they're free or whether they pay AOL for a bundle of services which includes things like connectivity or support. E-mail is a product that is offered across both the paid and the free. It is the same product mostly.

**Q Well, you said mostly. What's the difference if I were to pay for that package that includes E-mail, what do I get that I wouldn't get with just free E-mail?**

A There are actually two differences. One of them is I mentioned support. When you pay for an account through AOL, you can get support on E-mail, at least talking to a person or online support. And the other difference is you have the ability to opt out of E-mail folders that are attached to E-mail.

**Q We will go into that one in a minute.**

**ROY BEN-YOSEPH**

**Are these differences something that AOL tells its current users or potential users, it is something that they advertise or publicize, these differences?**

A As it relates to support we do because when we sell services, paid services, support is one of the items that's offered through I guess most of our pricing plans. I'm not exactly sure if it is all of them, but it is a major category of what we offer from our paid services.

**Q Okay.**

**So you are here today to testify about the placement of those footer ads in E-mails, right?**

A Yes.

**Q So we're on the same page, describe for me what a footer ad is in an E-mail.**

A A text footer attached to an E-mail promotes something. It promotes either an AOL property or site or content that AOL offers or it may promote a third party product.

**Q And AOL is currently putting footer ads in E-mails?**

A That's correct.

**Q And those are in all E-mails, so the free**

**accounts and subscriber accounts?**

A It is in free account and paid account, in vast majority of E-mail. There's a small category of E-mails that are sent by users, whether free or paid, through third-party clients. So to be more specific, our customers can use Outlook or Thunderbird or third-party E-mail clients to send their E-mail. If they use that, footers are not attached and it doesn't matter if they're paid or free, and that's the vast minority of E-mail sent.

**Q Okay. When did AOL begin putting footer ads in E-mails?**

A AOL began putting footer ads or footers in E-mail around February or March of 2006. Those ads, they were not ads, they were actually a promotion, they were marketing for AOL.

**Q Okay. When did it change to or when did you begin adding third-party advertisements?**

A Third-party advertisements was done around October 2008.

**Q Okay.**

MR. LITVACK: There's an in between step. Do you want to take him through it?

THE WITNESS: I can.

MR. LITVACK: Take him through it.

A I will take you through an in between step. I mentioned that in February or March 2006 we started promoting AOL so the promotion was AOL in general, come use AOL free services, AOL has services for you, E-mail communication, et cetera. In December of 2007 those footers were expanded to promote another AOL properties so the messaging moved from just general AOL marketing message to come use AOL properties. An example would be come read the news at AOL News or check for maps at MapQuest and that was done in December of 2007 and as I mentioned earlier, in October of 2008, that's when third-party footers began running in combination.

**Q So focusing on the people who do have ads in their E-mail, people who are on AOL typing their E-mail, when I'm typing my E-mail on aol.com or on another mail client do I see the ad in the footer or I see the text I'm typing?**

A You see the text you are typing and you do not see the footer until you press "Send" and you have the opportunity it see it.

**Q It is something that happens after I press "Send" or the user presses "Send," that's when the ad**

**gets inserted?**

A The ad gets inserted after it gets to the host system which is after the user presses "Send."

**Q Walk me through that process. The user presses "Send" and there's an ad and it gets delivered. Give me the general steps that that E-mail takes.**

A Sure.

So a user can use several applications, whether it is our AOL Client or AOL Web Mail to type an E-mail. When they type the E-mail they type whatever they want in the E-mail and express "Send." That content in E-mail that's put together in that application is then sent to our host systems for further delivery and once it gets to the host system the host system appends the footer as well as does other checks; for example, for safety and security, and then the message is sent out to whoever the recipient -- sorry, the sender sends it to all those recipients and then they receive that E-mail.

**Q Okay.**

**You already testified that every E-mail that goes through AOL, AOL's specific clients, not third-party clients but every specific AOL client**

**gets an E-mail or gets an ad attached at the end.**

A That's right. If you use the AOL Client like AOL 9.0 or AOL Web Mail application the footer is attached.

**Q With no distinction between a paid subscriber or a free account?**

A The only distinctions may be sometimes for promotional purposes we would decide if you send it through -- I take it back, I'm sorry. That distinction is about Client and Web. We do not have a distinction between paid and free with the exception that paid users can opt out of sending the footer.

**Q What you were just describing, it depends on what client you use that the ad will go in there?**

A Let me expand on that. Not paid versus free. Our marketing group that determines what we promote on a certain footer sometimes for marketing purposes or for test of whether a certain promotion is better than another will decide that a certain mail sent from a certain client, whether it is Web or actual AOL 9.0 Client or a different version will get a different footer. So in one day I may send a mail from AOL Client and it says "Use MapQuest" and then

Page 22

ROY BEN-YOSEPH

thing. We launched this in February or March of February of '06 and we launched it only through web mail. In June of '06, June of '06, yes, we then added the clients. Again, they were all the same message and no distinction between paid and used, it was all across the board. And that lag was simply a development lag, no reason behind it.

**Q Okay.**

**Now you mentioned that paid subscribers can opt out of these ads.**

A Yes.

**Q Can you describe for me what steps they would need to take to do so?**

A Yes, sure. They have opportunities to do so in any of -- in any of our applications. So in a web mail, in the web mail applications they would go into settings and there's a page within settings for composing E-mail and within there there's a link that you click on it, it says "Click here to turn off your E-mail marketing footer," and a page comes up and on that page you can say, you confirm by pressing "Okay" and then your footer is off.

In the Client environment there's several ways to get in. One of them is the keyword. A lot

TSG Reporting - Worldwide (877) 702-9580

Page 23

ROY BEN-YOSEPH

of people use "Keywords" and if you type in keyword "Footer" then you get the exact same experience which is confirm you want to turn it off, press "Okay" and it is turned off.

Additionally, and this applies to all our user, paid users whether they're using Web or Client or just going to our help portal, if they search our help pages for turning off footer they will get the directions on how to turn that off, so I think that's the process.

**Q Okay.**

**That's currently the process?**

A Yes.

I'm sorry, can I add one more thing here?

If they call our Member Services Group or they have an online contact with Member Services and say I don't like this footer, I want to turn it off, they're given the directions.

**Q And that's currently the process for different methods of turning off the footers?**

A Yes.

**Q Have those methods been consistent since February-March '06?**

A They have actually been consistent since we

TSG Reporting - Worldwide (877) 702-9580

Page 24

ROY BEN-YOSEPH

introduced them in April of 2008. Well, I'm sorry, since we introduced the opt out in April of 2008.

**Q Okay. So prior to April of '08 there was no opt out.**

A That's right.

**Q When AOL began placing footer ads did they notify the subscribers? I know the subscribers would see eventually that these ads were in their E-mails but is this something that was, subscribers were alerted in advance or did it just kind of roll out?**

A They were not alerted, it was rolled out.

**Q And for people who signed up after that date, February-March '06 date, were they -- was there any type of disclosure or statement in the signup process or in the terms of service that talked about these footer ads?**

A Not that I know of specifically footer ads, but in general our service, whether you use it or across, has ads on it so this is another type of advertising. So people -- that answers both of your questions from earlier, right? It is folks who were customers when you -- when we added it and also new people coming in. AOL has ads on the service.

**Q Is there any statement in AOL's terms of**

TSG Reporting - Worldwide (877) 702-9580

Page 25

**ROY BEN-YOSEPH**

**service about these footer ads?**

A I don't believe there's a statement that specifically speaks of footer ads or footer marketing.

**Q Okay.**

**So when this opt-out feature came online in April '08, what did AOL do if anything to inform their subscribers that this is now a possibility?**

A We added specific scripts to our membership services consultants so when someone asks about the footer, marketing footers or the footer ads, they can opt out. We added pages to our help support files and we also in any other support questions that we get, whether it is on blogs or whether it is on question and answer sites, whenever someone asks, we inform them.

**Q Okay. But it is all -- it is reactive? In other words, do you do proactive, send an E-mail out on your subscribers or post a notice?**

A We did not send an E-mail or post a notice.

**Q So the subscriber has to either search for the way to turn it off or call and ask or ask a customer service, IM a customer service rep?**

A Yes. One of our sources, whether

TSG Reporting - Worldwide (877) 702-9580

Page 26

ROY BEN-YOSEPH

questions, whether searching help files or going to help files, I should say, to turn that off, yes.

**Q Okay.**

**Did AOL do anything, any studies or surveys or type of analysis on the preference of their -- let's go generally to E-mail users first, to their, what their reaction would be to these ads prior to the implementation?**

A Yes, absolutely.

In fact, just concluded in April of this year was a six-month study that took a control group of users and did not put footers on their E-mail and then took a control group of users that had footers in their E-mail and by account number, in general information, saw that their cancel rates, their complaint rates, whether online or through Member Services, as well as their general usage of the service, was basically not materially significant. There was no significant change between those two groups, the control and the test group. So it is not, it hasn't increased complaints -- it hasn't, it hasn't increased churn or cancellations.

And the other really important piece is that we really see what happens in how footers drive

TSG Reporting - Worldwide (877) 702-9580

Page 27

ROY BEN-YOSEPH

engagement so if we send footers out; for example, let's take December 2008 as an example, I think footers were clicked on by recipients just over four million times and those actually produced 17, almost 17 million page views. So to describe those terms, when someone gets an E-mail and clicks on a footer, that would be one click. Once they go to that site, let's say AOL News, they can continue to look through the different areas of the site and each of that time they would see a new page, it is considered a page view. So we actually see that people get these footers and they click on them and they actually get engaged in the site they're going to, so for some users it is absolutely a benefit and they take advantage of what we offer by showing them the different sites you have in AOL Marketing. So those are really the two things that come to mind that have really shown the consumer perception of the footer.

**Q Okay. That was a six-month study you said --**

A Complete in April so that would make it I believe November through April.

**Q Okay.**

**Was there anything done before the ads**

TSG Reporting - Worldwide (877) 702-9580

Page 28

ROY BEN-YOSEPH

**were, the ads were started in '06?**

A Yeah. I think, I don't know the exact timing, but I believe it was sometime in 2008, probably early in the year, probably beginning of 2008 there was a general conversation with Member Services to see if we could track down if this is impacting complaints or churn and in general it was a relatively low volume.

The other thing, as the person who really manages the product experience around AOL Mail, when there's a problem, I know about it. People call and have issues on many things, whether it is billing, whether it is E-mail not working, whether it is even footers. Whenever something gets to a point where we have to do something about it I get a call about it, and I have not gotten a call to say you need to act here, you need to do something, so that's another view to things.

**Q Just to clarify, the study you just talked about, the six-month study that ended April of this year --**

A Yes, April 2008. I'm sorry, 2009. It ended actually April 12, 2009.

**Q So you mentioned that study, you mentioned**

TSG Reporting - Worldwide (877) 702-9580

Page 29

ROY BEN-YOSEPH

**a study before that or did I get confused on the dates?**

A What I mentioned, when they're talking to Member Services, I don't know if I would call that a study but it was really just a conversation with our Member Services Group to see if there's an impact. And that was a few months after we had launched those marketing footers in December of '07 so it was really taking the pulse of the Member Services organization to see if we had a major issue, which we did not.

**Q Is that the first time that you looked at consumers' reactions or preferences?**

A I guess in a more formal way.

MR. LITVACK: Consumer reactions or preferences to what?

MR. STORTI: To the ads.

MR. LITVACK: Not consumers' reactions in general, that wasn't your first time looking at it?

A Yes. I was taking the question to mean consumer reaction to the marketing footer and my answer is or is still in a more formal way we constantly engage in, in fact, general consumer reaction as well as consumer reaction to the footers

TSG Reporting - Worldwide (877) 702-9580

ROY BEN-YOSEPH

day.

**Q So it depends on the day and the customer. What are the better days?**

A From what I understand, a Monday when people come back into the office and start reading their mail is higher than a Sunday or weekend in general, so Monday is a good day. There's another day, there are different levels on each day. Monday is the one that I know.

**Q Do you have or do you know or can you find out the, well, several specific numbers, the number of subscribers who had footer ads placed in their E-mails?**

A Speaking of paid subscribers.

**Q Paid subscribers.**

A I'm not totally sure how to answer the question because the number from cases from when to when, is it now; I mean, I know the number of paid subscribers we have so that is roughly six million but I'm not sure how to answer the question what the bounds are for that question.

**Q How many paid subscribers from February-March '06 to now had a footer ad placed in their E-mail?**

ROY BEN-YOSEPH

A I'm not sure how to --

MR. LITVACK: Generally, as he said, all E-mail users would have had a footer placed in an E-mail but for those who have opted out.

**Q Okay. So --**

A I believe the answer would be six million.

MR. LITVACK: So basically all of them except for the opt-outs. If you want to ask him how many opt-outs, that's the question.

MR. STORTI: I was going to get there.

**Q How many opt-outs?**

A As of March of this year, just shy of 50,000.

**Q So in 11 months 50,000 people. You said April of '08.**

A April of '08, yes, sir.

**Q In a typical day do you know how many E-mails pass through, are sent from AOL?**

A Between 20 and 30 million. These are sent.

**Q E-mails that would have ads?**

A Yes. So E-mails that would have the footer placed on them would be 20 and 30 million.

I will add that on average there are two recipients per E-mail. In other words, when they say

ROY BEN-YOSEPH

20 to 30 million, we actually have double that of footers attached to them, if that makes sense.

**Q Yes, it does.**

A And two is the average recipient, the average number of recipients.

**Q You said earlier that the vast minority of those E-mails are sent from third-party clients.**

A That's right.

**Q You can track where that E-mail was sent from, whether it was a third-party client or obviously AOL.**

A Yes, we can.

The reason the third-party clients don't have that is simply the technology that we haven't built. It just uses a different system to send mail and we just haven't built the footer system there.

**Q To quantify the vast minority out of that 20, 30 million, approximately how many are sent from third-party clients?**

A An educated guess would be less than two percent.

**Q Does AOL have a separate accounting method of tracking third-party ads versus the marketing ads? Do you credit yourself for an expense not incurred or**

ROY BEN-YOSEPH

**a lost revenue from marketing ads?**

A We do not. We do not credit ourselves for expense not earned as you were just saying.

**Q So a marketing ad has -- strike that.**

**From October of '08, how much revenue has AOL generated from third-party advertisers?**

A About 1.1 million.

MR. LITVACK: Michael, is the question before that you wanted to ask him, does he have an estimate of the value of the marketing it did internally that's promotional?

MR. STORTI: Yes.

MR. LITVACK: Can you answer that question?

A I can answer the -- so what we do, I mentioned earlier that we can track clicks and therefore page views to each of the sites. So taking 2008 as an example, there were roughly 227 million page views generated by the footer and we know which pages they went to, whether it is AOL Health, whether it is AOL News or AOL MapQuest, and AOL has a value they assign to each property or each site on what the value is for each thousand page views. So taking all of that into account and adding those multipliers in there is roughly, in 2008 it is taking it on an

ROY BEN-YOSEPH

two so let's say there are about 20 billion footer opportunities in a year.

**Q Okay.**

A 20 billion.

MR. STORTI: That's all. I'm done.

MR. LITVACK: Nothing further.

MR. STORTI: Nothing further.

MR. LITVACK: The witness will read and sign the deposition before any notary. You are fine with that?

MR. STORTI: Yes.

MR. LITVACK: And if he does not, either of us can use it or you can use the original or a copy of the original in place of the original.

MR. STORTI: Yes.

(Whereupon the deposition concluded at 12:09 p.m.)

///

___________________________
ROY BEN-YOSEPH

Subscribed and sworn to
Before me this day
of 200 .

___________________________

ROY BEN-YOSEPH

State of California )
) ss.
County of Los Angeles )

I, SUSAN A. SULLIVAN, CALIFORNIA CSR No. 3522, RPR, CRR, do hereby certify:

That prior to being examined ROY BEN-YOSEPH, the witness named in the foregoing deposition, was, before the commencement of the deposition, duly administered an oath in accordance with C.C.P. Section 2094;

That the said deposition was taken before me at the time and place therein set forth, and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision; that the said deposition is a true and correct record of the testimony given by the witness;

I further certify that I am neither counsel for, nor in any way related to any party to said action, nor in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name on this 28th day of May, 2009.

___________________________
CSR

ROY BEN-YOSEPH

INDEX

| TESTIMONY OF ROY BEN-YOSEPH | PAGE |
|---|---|
| Examination by Mr. Storti | 4 |
| Examination by Mr. Litvack | 45 |
| Examination by Mr. Storti | 51 |

(No exhibits offered)

ROY BEN-YOSEPH

NAME OF CASE: Bronster vs. AOL
DATE OF DEPOSITION: May 15, 2009
NAME OF WITNESS: ROY BEN-YOSEPH
Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________
Page _____ Line _____ Reason _____
From ____________________ to __________________

___________________________
ROY BEN-YOSEPH

ROY BEN-YOSEPH

NAME OF CASE: Bronster vs. AOL

DATE OF DEPOSITION: May 15, 2009

NAME OF WITNESS: ROY BEN-YOSEPH

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page 35 Line 7 Reason 1,2,3
From six to sixteen

Page 8 Line 24 Reason 3
From folders to footers

Page 12 Line 13 Reason 3
From express to press

Page 26 Line 19 Reason 1,3
From significant to different

Page 31 Line 15 Reason 3
From YETTA.com to YEDDA.com

Page 44 Line 3 Reason 3
From regularly to randomly

Page ____ Line ____ Reason ____
From ____ to ____

Page ____ Line ____ Reason ____
From ____ to ____

Page ____ Line ____ Reason ____
From ____ to ____

Page ____ Line ____ Reason ____
From ____ to ____

[signature]
ROY BEN-YOSEPH